Luis Sancho
PO Box 411
Honomu, HI 96728
808-964-5535
*pro se*

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2008

at 3 o'clock and 30 min.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

--ooOoo--

| | |
|---|---|
| LUIS SANCHO, et al., | Civil No. CV08 00136 HG KSC |
| Plaintiffs | **AFFIDAVIT OF PAUL W. DIXON IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION** |
| vs. | |
| US DEPARTMENT OF ENERGY, et al., | |
| Defendants | |

### AFFIDAVIT OF PAUL W. DIXON IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION

I, Paul W. Dixon, affirm state and declare, under penalty of perjury of the laws of the State of Hawaii, as follows:

1.  I am a Professor of Psychology and Linguistics at the *University of Hawaii* at Hilo. I have some 42 years of continuous service to the *University of Hawaii* at Hilo

and have been instrumental in the inauguration of the Department of Psychology and the graduate program in Counseling Psychology at UH Hilo.

2. My research interests include psycholinguistics, immunology, semiotics, modern algebra, and astrophysics. My major publications include "Interspecies communication: An inquiry into language and language universals" (1990); "Linguistry: A science of language, a proposal" (1990); "Axiomatic construction for language creativity and self-actualization" (1993); "A field interpretation of clock measured time" (2002); and "Supernova from experimentation" (2003). I have some forty-seven publications in internationally recognized journals in psychology, mathematics and cosmology spanning a forty-two year interval of university employment.

3. My university instruction as Professor of Psychology from 1965 to present at the University of Hawaii at Hilo, College of Arts and Sciences, includes the following courses that I have taught: *Introductory Psychology; Developmental Psychology; Statistics; Psychology of Adjustment; Psycholinguistics; History of Psychology, Sensation and Perception; Graduate Seminar in Learning Theory; Tests and Measurements; Experimental Psychology; Abnormal Psychology; Experimental Laboratory, Learning and Motivation; Graduate Seminar in Learning Theory; History of Psychology, Sensation and Perception; Psychology of Motivation;* and *Learning and Motivation*.

4. Currently my work is in mathematical learning and understanding as Chairperson of the *Commission on the Anthropology of Mathematics* under the auspices of the International Union of Anthropological and Ethnological Sciences. My background includes a BA in English Literature from *Blackburn College* in 1960; MA in

General Experimental Psychology from the *University of Hawaii*, 1963; and a PhD in General Experimental Psychology, 1966 also from the *University of Hawaii*. This background also includes a position as Visiting Associate Professor in Psychology, International Division, *Sophia University Tokyo*, 1971-1972; Visiting Professor, Department of Microbiology and Immunology, *University of California at Los Angeles* [UCLA], Center for the Health Sciences, 1978-79; Demonstrator of the frequency transfer hearing aid to Action Group for the Hearing Impaired, Honolulu HI, 1980; and Nominee for the Nobel Prize in Physics 1986, 1995, and 1998. My research interests include a solution to the Continuum Hypothesis of Gregor Cantor; generation of Supernova via high-energy physics experimentation; life extension via immortalized autograft; and the new science, Linguistry, which provides a set theoretic description of language development; as well as recent work in endosemiotics illustrating the evolution of the genetic code as described by linguistic descriptors, 2005.

5. The central motivation for this affidavit is to prevent the ultimate doom for all of mankind. Under some theories of modern physics, there exists the presence of the high-energy condition according to the work of Albert Einstein and Willem de Sitter from which we are protected by a large potential barrier. The question has been raised by myself and my colleagues with the physicists at Fermilab that their experimentation, as they continue to increase their energy levels, might finally breach this potential energy barrier, resulting in a supernova. Other theories of modern physics predict that colliders such as the LHC to be operated by the DOE and CERN might also create devastating new particles such as micro-black-holes or strangelets, described in the Wikipedia article and copied into the affidavit of Dr. Walter L. Wagner.

6. I have spoken directly with physicists and other staff members at the DOE Fermilab [Chicago] regarding the risk they were taking that they might trigger one of these scenarios of disaster. In response, they stated to me that a) 'they did not wish to work for "Ma Bell," Illinois [the telephone company].' and b) that there was a philosophical quest for truth under girding their research.

7. To these replies, my colleagues and I indicated that this was essentially a selfish motivation, to which they responded that they were willing to 'accept the risk' in their pursuit of personal advancement. They have always acknowledged to me that there is some small risk in their work that such "doomsday" scenarios might prove to be a possibility, but that they thought their personal goals outweighed that risk. This is the key psychological insight that I have obtained regarding the motivation for this experimentation, namely that they have placed their own personal self interests of money, position, prestige, and enhanced personal knowledge ahead of the interests of society as a whole to insure that all such experimentation be free from all risk of destruction of humanity, even if they perceive the risk to be minimal.

8. In conclusion, I will need a minimum of six months to review the overdue CERN LHC safety report [LHC Safety Assessment Group's (LSAG) Report] before I and my associates can make any comments about its adequacy or inadequacy, due to the complexity of the numerous risk issues, including potential transitions of our Universe to *deSitter Space*, micro-black-hole creation, strangelet creation, magnetic-monopole catalysis of protons, and other most pressing issues. I believe these are valid concerns that have arisen due to arrogance [much like the Last Flight of the *Challenger* scenario],

and I note that there are physicists who are 'willing to accept the risk' without fully recognizing the risk they are taking on behalf of all mankind.

9. I am knowledgeable in this field, there are risks that exist that are to be addressed by the forthcoming CERN LHC safety review [LSAG Report], and I cannot comment on the adequacy of treatment of those risks until I see the report and spend at least six months reviewing it with my colleagues in the international community of science, which is less than the length of time spent by DOE and CERN in preparing the report since they began working on it sometime earlier last year. Accordingly, I respectfully request that this Court issue a TRO and Preliminary Injunction to allow us six months to review the LSAG Report, after it is issued.

DATED: March 11, 2008

_____
Paul W. Dixon

## NOTARIZATION

Before me, the undersigned Notary, today appeared Paul W. Dixon, known to me to be the person whose name is subscribed to the foregoing instrument, who being by me first duly sworn on his oath, deposes and says the text of this affidavit on this 11 day of March, 2008.

_____
Notary Public, State of Hawaii

Audrey Hirayama
Notary Public
State of Hawaii, County of Hawaii
Commission Expires: January 26, 2011

Audrey Hirayama
(Typed or Printed Name of Notary)

My commission expires: 1/26/11                    [seal]

[Note: the Notary will sign and affix his/her notary seal, which should include the state where issued, and the expiration date.]

5