EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii
LAWRENCE L. TONG (3040)
DERRICK K. WATSON (Cal. Bar No. 154427)
Assistant United States Attorneys
District of Hawaii
RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
ANDREW A. SMITH (NM Bar #8341)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone:  (505) 224-1468
Facsimile:  (505) 346-7205
E-mail:  andrew.smith@usdoj.gov

Attorneys for Defendants U.S. DEPARTMENT OF ENERGY,
and NATIONAL SCIENCE FOUNDATION

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LUIS SANCHO, WALTER L. WAGNER, ) | Civil No. 08-00136-HG-KSC |
| ) | |
| Plaintiffs, ) | **FEDERAL DEFENDANTS'** |
| ) | **NOTICE OF MOTION AND** |
| v.  ) | **COMBINED MOTION TO** |
| ) | **DISMISS AND MOTION FOR** |
| UNITED STATES DEPARTMENT OF  ) | **SUMMARY JUDGMENT AND** |
| ENERGY, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |
| _____ ) | |

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(1), defendants United States Department of Energy and National Science Foundation ("Federal Defendants") hereby move to dismiss the complaint for lack of subject matter jurisdiction as to all claims asserted by Plaintiffs Luis Sancho and Walter L. Wagner.  Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Federal Defendants also move for summary judgment on the grounds that Plaintiffs' claims are time-barred.  This Motion is based on the attached supporting memorandum, the attachments and declarations filed herewith, and such other matters and argument as may be presented at the hearing on the Motion, the date and time of which will be set and noticed by the Court.

Respectfully submitted this 24th day of June 2008.

    Respectfully submitted,

    EDWARD H. KUBO, JR.  (2499)
    United States Attorney
    District of Hawaii
    LAWRENCE L. TONG (3040)
    DERRICK K. WATSON
    (Cal. Bar #154427)
    Assistant United States Attorneys
    District of Hawaii

    RONALD J. TENPAS
    Assistant Attorney General
    Env't & Natural Resources Div.

Dated:  June 24, 2008        /s/ Brian C. Toth
    BRIAN C. TOTH

        Env't & Natural Resources Div.
United States Department of Justice
Washington, D.C.
ANDREW A. SMITH
Trial Attorney
United States Department of Justice
Environment and Natural Resources
       Division
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone:  (505) 224-1468
Facsimile:  (505) 346-7205
E-mail:  andrew.smith@usdoj.gov

*Of Counsel*:

Caroline M. Blanco
Assistant General Counsel
Office of the General Counsel
National Science Foundation
Arlington, VA

Steve Dove
Attorney
Office of the General Counsel
U.S. Department of Energy
Washington, D.C.

        Attorneys for Defendants
U.S. Department of Energy and
National Science Foundation

## CERTIFICATE OF SERVICE

I hereby certify that, on June 24, 2008, by the methods of service noted below, a true and correct copy of the foregoing FEDERAL DEFENDANTS' NOTICE OF MOTION AND COMBINED MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT and attached exhibits were served on the following at their last known addresses:

Served by first-class United States mail, postage prepaid:

> LUIS SANCHO
> P.O. Box 411
> Honomu, Hawaii 96728

> WALTER L. WAGNER
> P.O. Box 881
> Pepeekeo, Hawaii 96783

Dated:  June 24, 2008

/s/ Brian C. Toth
BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Env't & Natural Resources Div.
United States Department of Justice

Attorneys for Defendants
U.S. Department of Energy,
National Science Foundation, and
Fermilab