# FEDERAL DEFENDANTS' EXHIBIT C

Wagner v. U.S. Dep't of Energy

Civil No. 08-00136-HG-KSC (D. Haw.)

```
                                                    FILED
                                                    JUN 2 2 1999
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. WAGNER, | No. C99-02226 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER ISSUANCE OF A TEMPORARY RESTRAINING ORDER** |
| v. | |
| U.S. DEPT OF ENERGY, | |
| Defendant. | |

The Court is in receipt of plaintiff's motion, filed June 17, 1999, to reconsider issuance of a temporary restraining order in the above-captioned action. Plaintiff argues that the motion is justified because "the facts and circumstances of the case have sufficiently changed" to now justify issuance of a temporary restraining order.

There are at least two problems with plaintiff's motion. First, Local Rule 7-9(a) requires a party to obtain leave of Court to file a motion for reconsideration. Plaintiff has not obtained such leave of Court. Second, Local Rule 7-9(b)(1) requires that a movant demonstrate a material difference in law or fact and that in the exercise of reasonable diligence the movant did not know such fact or law at the time of the order. Assuming arguendo that any of the facts to which plaintiff directs the Court's attention are "new," plaintiff fails to demonstrate the requisite reasonable diligence. Accordingly, plaintiff's motion is hereby DENIED.

IT IS SO ORDERED.

Dated: JUN 2 2 1999

MAXINE M. CHESNEY
United States District Judge

COPIES MAILED TO
_____ OF RECORD