# FEDERAL DEFENDANTS' EXHIBIT I

<u>Wagner v. U.S. Dep't of Energy</u>

Civil No. 08-00136-HG-KSC (D. Haw.)

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2772 | **DATE** | 3/10/2006 |
| **CASE TITLE** | Local 73 vs. The University of Chicago | | |

**DOCKET ENTRY TEXT**

Defendant's Motion to Dismiss Argonne National Laboratory [14-1]

Defendant's Motion to Dismiss Argonne National Laboratory [14-1] is granted. According to the motion, Argonne National Laboratory ("ANL") is not a legal entity, and is only a "physical location, or a collection of assets and property," and is not subject to lawsuits. See DeGenova v. Sheriff of DuPage County, 209 F.3d 973, 977 n.2 (7th Cir. 2000) ("To be sued in Illinois, a defendant must have a legal existence") (quoting Magnuson v. Cassarella, 812 F.Supp. 824, 827) (N.D. Ill. 1992); see also West v. Waymire, 114 F.3d 646 (7th Cir. 1997).

Furthermore, Plaintiff did not serve ANL within 120 of the filing if its Complaint, pursuant to Federal Rule of Civil Procedure 4(m). "If service . . . is not made upon a defendant within 120 days after the filing of the complaint. . . the court . . . on its own. . . shall dismiss the action without prejudice as to that defendant." FED R. CIV. P. 4(m).

For the foregoing reasons, Defendant Argonne National Laboratory is dismissed from this action. It is so ordered.

*[signature: Charles Norgle]*

Docketing to mail notices.