# FEDERAL DEFENDANTS' EXHIBIT J

Wagner v. U.S. Dep't of Energy

Civil No. 08-00136-HG-KSC (D. Haw.)

CLOSED, ICMS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:99-cv-02226-MMC

Wagner v. US Dept of Energy, et al  
Assigned to: Judge Maxine M. Chesney  
Demand: $0  
Case in other court:  
Cause: 42:1983 Civil Rights Act  

Date Filed: 05/17/1999  
Date Terminated: 06/18/2001  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: U.S. Government Defendant  

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/1999 | 1 | COMPLAINT No process; Fee status pd entered on 5/17/99 in the amount of $ 150.00 ( Receipt No. 3301069) [3:99-cv-02226] (ab, COURT STAFF) Modified on 05/20/1999 (Entered: 05/18/1999) |
| 05/14/1999 | 2 | AFFIDAVIT of Walter Wagner in support of TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/18/1999) |
| 05/14/1999 | 3 | AFFIDAVIT of service [3:99-cv-02226] (ab, COURT STAFF) Modified on 05/20/1999 (Entered: 05/18/1999) |
| 05/14/1999 | 4 | ORDER RE COURT PROCEDURE and SCHEDULE by Judge Maxine M. Chesney : initial case management conference will be held 10:30 8/13/99 . (cc: all counsel) (ab, COURT STAFF) (Entered: 05/18/1999) |
| 05/18/1999 | 5 | ORDER by Judge Maxine M. Chesney re application for TRO, defendants shall file an opposition to the request for a TRO on 5/21/99, plaintiff reply by 5/28/99. The Court will thereafter determine whether to order a hearing on the matter. ( Date Entered: 5/20/99) (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/20/1999) |
| 05/24/1999 | 6 | OPPOSITION by defendant to request for TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/25/1999) |
| 05/24/1999 | 8 | DECLARATION by Thomas Ludlam on behalf of defendant [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/26/1999) |
| 05/25/1999 | 7 | PROOF OF SERVICE by defendant US Dept of Energy of opposition to request for TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/26/1999) |
| 05/27/1999 | 9 | REPLY by Plaintiff re opposition [6-1] to TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/27/1999) |
| 05/27/1999 | 10 | AFFIDAVIT of Walter Wagner regarding reply [9-1] to opposition to TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/27/1999) |

| | | |
|---|---|---|
| 06/01/1999 | 11 | STIPULATION and ORDER by Judge Maxine M. Chesney : extending time to file opposition to plaintiff's request for TRO to 5/24/99 (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/01/1999) |
| 06/02/1999 | 12 | NOTICE re stipulation by Plaintiff [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/02/1999) |
| 06/02/1999 | 13 | Supplemental AFFIDAVIT of Walter Wagner in support of reply to opposition [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/03/1999) |
| 06/02/1999 | 14 | PROOF OF SERVICE by Plaintiff of affidavit [13-1] in support of reply to opposition [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/03/1999) |
| 06/08/1999 | 15 | SECOND SUPPLEMENTAL affidavit by Plaintiff Walter Wagner [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/09/1999) |
| 06/10/1999 | 16 | MOTION before Judge Maxine M. Chesney by Plaintiff for temporary restraining order [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/10/1999) |
| 06/11/1999 | 17 | PROOF OF SERVICE by Plaintiff of supplemental affidavit and proposed TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/15/1999) |
| 06/11/1999 | 18 | ORDER by Judge Maxine M. Chesney denying motion for temporary restraining order [16-1] ( Date Entered: 6/15/99) (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/15/1999) |
| 06/11/1999 | 19 | Fourth SUPPLEMENTAL affidavit of Walter Wagner by Plaintiff [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/15/1999) |
| 06/14/1999 | 20 | Fifth SUPPLEMENTAL affidavit of Walter Wagner by Plaintiff [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/15/1999) |
| 06/14/1999 | 21 | AFFIDAVIT of Dr. Richard Wagner in support of TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/15/1999) |
| 06/16/1999 | 22 | SIXTH SUPPLEMENTAL affidavit by Plaintiff Walter Wagner [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/17/1999) |
| 06/17/1999 | 23 | MOTION before Judge Maxine M. Chesney by Plaintiff for reconsideration of issuance of TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/18/1999) |
| 06/17/1999 | 24 | STATEMENT by Plaintiff in support of motion for reconsideration of issuance of TRO [23-1] [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/18/1999) |
| 06/18/1999 | 25 | SUPPLEMENTAL statement by Plaintiff in support of modified TRO request [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/21/1999) |
| 06/21/1999 | 26 | SECOND SUPPLEMENTAL statement by Plaintiff in support of modified TRO request [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/23/1999) |
| 06/22/1999 | 27 | ORDER by Judge Maxine M. Chesney denying motion for reconsideration of issuance of TRO [23-1] ( Date Entered: 6/23/99) (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/23/1999) |
| 06/28/1999 | 28 | EX-PARTE APPLICATION before Judge Maxine M. Chesney by Plaintiff for leave to file motion for reconsideration [3:99-cv-02226] (ab, COURT STAFF) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 06/29/1999) |
| 06/29/1999 | 29 | AFFIDAVIT of Walter Wagner regarding motion for leave to file motion for reconsideration [28-1] [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/29/1999) |
| 07/01/1999 | 30 | ORDER by Judge Maxine M. Chesney denying motion for leave to file motion for reconsideration [28-1] ( Date Entered: 7/6/99) (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 07/06/1999) |
| 07/02/1999 | 31 | PROOF OF SERVICE by Plaintiff of motion for leave to file motion for reconsideration [28-1] [3:99-cv-02226] (ab, COURT STAFF) (Entered: 07/06/1999) |
| 08/13/1999 | 32 | EX-PARTE APPLICATION before Judge Maxine M. Chesney by defendant to continue case management conference [3:99-cv-02226] (ab, COURT STAFF) (Entered: 08/19/1999) |
| 08/13/1999 | 33 | DECLARATION by Abraham Simmons on behalf of defendant re motion to continue case management conference [32-1] [3:99-cv-02226] (ab, COURT STAFF) (Entered: 08/19/1999) |
| 08/16/1999 | 34 | ORDER by Judge Maxine M. Chesney granting motion to continue case management conference [32-1]; Case Management Conference set for 10:30 10/15/99 ( Date Entered: 8/19/99) (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 08/19/1999) |
| 10/14/1999 | 35 | Defendant's CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:99-cv-02226] (ab, COURT STAFF) (Entered: 10/20/1999) |
| 10/15/1999 | 36 | MINUTES: ( C/R not reported) ( Hearing Date: 10/15/99) Case management conference not held; court to issue OSC for failure to prosecute case [3:99-cv-02226] (ab, COURT STAFF) (Entered: 10/20/1999) |
| 10/15/1999 | 37 | ORDER TO SHOW CAUSE re why plaintiff's claims should not be dismissed for failure to prosecute: by Judge Maxine M. Chesney ; deadline set for 10/29/99 (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 10/22/1999) |
| 10/25/1999 | 38 | RESPONSE by Plaintiff to order to show cause [37-1] [3:99-cv-02226] (ab, COURT STAFF) (Entered: 10/27/1999) |
| 10/25/1999 | 39 | Plaintiff's CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:99-cv-02226] (ab, COURT STAFF) (Entered: 10/27/1999) |
| 11/02/1999 | 40 | ORDER by Judge Maxine M. Chesney Case Management Conference set for 10:30 2/25/00 ; Case Management Statement is due 2/18/00 ( Date Entered: 11/3/99) (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 11/03/1999) |
| 02/17/2000 | 41 | PLAINTIFF's CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:99-cv-02226] (ab, COURT STAFF) (Entered: 02/22/2000) |
| 02/23/2000 | 42 | PROPOSED JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:99-cv-02226] (ab, COURT STAFF) (Entered: 02/25/2000) |

| | | |
|---|---|---|
| 02/25/2000 | 43 | MINUTES: ( C/R none) ( Hearing Date: 2/25/00) terminating [32-1] motion to continue case management conference; Case Management Conference set for 9:00 6/2/00 ; Case Management Statement is due 5/26/00 ; [3:99-cv-02226] (ab, COURT STAFF) (Entered: 03/02/2000) |
| 05/05/2000 | 44 | AFFIDAVIT of Satoshi Ozaki in support of motion to dismiss [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/12/2000) |
| 05/05/2000 | 45 | MOTION with memorandum in support before Judge Maxine M. Chesney by defendant to dismiss , for summary judgment with Notice set for 6/2/00 9 a.m. [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/12/2000) |
| 05/08/2000 | 46 | MOTION before Judge Maxine M. Chesney by Plaintiff for leave to amend complaint , for issuance of TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/12/2000) |
| 05/08/2000 | 47 | PROOF OF SERVICE by defendant of motion for leave to amend complaint [46-1], motion for issuance of TRO [46-2] [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/12/2000) |
| 05/18/2000 | 48 | AFFIDAVIT of Dr. H. Kimball Hanse in support of TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/19/2000) |
| 05/19/2000 | 49 | supplemental AFFIDAVIT of Walter Wagner in support of TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/22/2000) |
| 05/19/2000 | 50 | PROOF OF SERVICE by Plaintiff of docket no. 49 [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/22/2000) |
| 05/22/2000 | 51 | FIRST `AMENDED COMPLAINT [1-1] by Plaintiff terminating defendant RHIC Accelerator Grp, defendant Natl Lab System; adding William Richardson, Satoshi Ozaki, Thomas Ludlam [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/24/2000) |
| 05/22/2000 | 52 | MEMORANDUM by Plaintiff in support of TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/24/2000) |
| 05/22/2000 | 53 | AFFIDAVIT of Walter Wagner in support of TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/24/2000) |
| 05/22/2000 | 54 | AFFIDAVIT of Richard Wagner in support of TRO [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/24/2000) |
| 05/22/2000 | 55 | ORDER by Judge Maxine M. Chesney granting motion for leave to amend complaint [46-1], denying motion for issuance of TRO [46-2] ( Date Entered: 5/24/00) (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 05/24/2000) |
| 05/23/2000 | 56 | RE-NOTICE of hearing by defendant setting motion to dismiss [45-1] ; hearing set for 9:00 7/7/00, motion for summary judgment [45-2] ; hearing set for 9:00 7/7/00 [3:99-cv-02226] (ab, COURT STAFF) Modified on 05/31/2000 (Entered: 05/24/2000) |
| 06/02/2000 | 57 | MOTION before Judge Maxine M. Chesney by Plaintiff for leave of court to move for reconsideration [3:99-cv-02226] (ab, COURT STAFF) (Entered: |

| | | 06/06/2000) |
|---|---|---|
| 06/02/2000 | 58 | AFFIDAVIT of Walter L. Wagner regarding motion for leave of court to move for reconsideration [57-1] [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/06/2000) |
| 06/02/2000 | 59 | PROOF OF SERVICE by Plaintiff of dockets no. 57-58 [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/06/2000) |
| 06/09/2000 | 60 | ORDER by Judge Maxine M. Chesney denying motion for leave of court to move for reconsideration [57-1] ( Date Entered: 6/13/00) (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 06/13/2000) |
| 06/30/2000 | 61 | SUPPLEMENTAL affidavit of Walter Wagner by Plaintiff in opposition to dismissal [3:99-cv-02226] (ab, COURT STAFF) (Entered: 07/05/2000) |
| 06/30/2000 | 62 | CERTIFICATE of service by Plaintiff Walter Wagner re docket no. 61 [3:99-cv-02226] (ab, COURT STAFF) (Entered: 07/05/2000) |
| 07/06/2000 | 63 | ORDER by Judge Maxine M. Chesney and striking motion to dismiss [45-1], and striking motion for summary judgment [45-2] ( Date Entered: 7/11/00) (cc: all counsel) [3:99-cv-02226] (ab, COURT STAFF) (Entered: 07/11/2000) |
| 07/10/2000 | 64 | LETTER to Judge MMC dated 7/10/00 from Walter Wagner re correction on service [3:99-cv-02226] (ab, COURT STAFF) (Entered: 07/13/2000) |
| 05/18/2001 | 65 | ORDER TO SHOW CAUSE re why action should not be dismissed: by Judge Maxine M. Chesney ; deadline set for 6/8/01 (cc: all counsel) [3:99-cv-02226] (aaa, COURT Staff) (Entered: 05/23/2001) |
| 06/18/2001 | 66 | ORDER by Judge Maxine M. Chesney dismissing case ; appeal filing ddl 7/23/01 ( Date Entered: 6/21/01) (cc: all counsel) [3:99-cv-02226] (aaa, COURT Staff) (Entered: 06/21/2001) |
| 06/18/2001 | 67 | JUDGMENT: by Judge Maxine M. Chesney dismissing case ( Date Entered: 6/21/01) (cc: all counsel) [3:99-cv-02226] (aaa, COURT Staff) (Entered: 06/21/2001) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/16/2008 06:13:42 | | | |
| PACER Login: | ▇▇▇▇ | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:99-cv-02226-MMC |
| Billable Pages: | 3 | Cost: | 0.24 |