EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawaii
LAWRENCE L. TONG (3040)
DERRICK K. WATSON (Cal. Bar No. 154427)
Assistant United States Attorneys
District of Hawaii
RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
BRIAN C. TOTH (Va. Bar No. 48843)
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0639
Facsimile: (202) 305-0267
E-mail:    Brian.Toth@usdoj.gov

Attorneys for Defendants U.S. DEPARTMENT OF ENERGY
and NATIONAL SCIENCE FOUNDATION

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LUIS SANCHO, WALTER L. WAGNER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> ENERGY, *et al.*, ) <br> ) <br> Defendants. ) | Civil No. 08-00136-HG-KSC <br><br> **FEDERAL DEFENDANTS' DECLARATION OF JOANNA M. LIVENGOOD** |

I, Joanna M. Livengood, hereby state as follows:

1. My name is Joanna M. Livengood. I am employed by the United States Department of Energy ("DOE"), and my current job title is Site Office Manager for the DOE site located in Batavia, Illinois, including but not limited to the DOE scientific research facility known as the Fermi National Accelerator Laboratory ("Fermilab") that is located on the site.

2. In my role as Site Office Manager, I serve as the senior federal official for the entire Fermilab site, including but not limited to Fermilab. My duties include contract management, program implementation, stewardship of federal assets, and management of all operations at the site. I have been employed by DOE since  1984 , and I have been the Site Office Manager for the entire Fermilab site since 2005.

3. The DOE currently has a contract with the Fermi Research Alliance to manage and operate Fermilab for the DOE.

4. The U.S. Government, represented by the DOE, is the sole owner of all land, buildings, equipment and other infrastructure and property located at the Fermilab site. The DOE also directs and approves every major project at Fermilab and provides funding for its operations.

1

5.  Fermilab is not a legal entity – public or private. It is not an agency or corporation of the federal government. It is simply a collection of physical assets (such as scientific equipment and buildings) where scientific research is conducted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _16th_ day of June 2008.

_____
JOANNA M. LIVENGOOD

## CERTIFICATE OF SERVICE

I hereby certify that, on June 24, 2008, by the methods of service noted below, a true and correct copy of the foregoing FEDERAL DEFENDANTS' DECLARATION OF JOANNA M. LIVENGOOD was served on the following at their last known addresses:

Served by first-class United States mail, postage prepaid:

> LUIS SANCHO
> P.O. Box 411
> Honomu, Hawaii 96728

> WALTER L. WAGNER
> P.O. Box 881
> Pepeekeo, Hawaii 96783

Dated: June 24, 2008

/s/ Brian C. Toth
BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Env't & Natural Resources Div.
United States Department of Justice

Attorneys for Defendants
U.S. Department of Energy,
National Science Foundation, and
Fermilab