# EXHIBIT A

# RESUME OF MORRIS PRIPSTEIN

Date of Birth: November 24, 1935
Place of Birth: Montreal, Canada
Citizenship: USA

## UNIVERSITY EDUCATION

| Dates | University | Major | Degree Received | Date of Degree |
|---|---|---|---|---|
| 1952-1957 | McGill University (Montreal, Canada) | Engineering Physics | B. Eng. | 1957 |
| 1957-1962 | University of California (Berkeley, California) | High-Energy Physics | Ph.D. | 1962 |

## EMPLOYMENT

| Dates | Position and Institution |
|---|---|
| 1962-1963 | Research Physicist (Louis de Broglie Fellow) at Laboratoire de Physique Atomique et Moleculaire, College de France, Paris, France. |
| 1963-1965 | Research Assistant Professor, Physics Department, University of Illinois, Urbana, Illinois. |
| 1965-1967 | Research Physicist, Alvarez Group/Group A, University of California, Lawrence Radiation Laboratory, Berkeley California. |
| 1967-2005 | Senior Staff Physicist, University of California, Lawrence Radiation Laboratory, Berkeley California |
| 1967-1994 | Member of Physics Group A, University of California, Lawrence Radiation Laboratory, Berkeley California |
| 1973-1976 | Head, Physics Group A, University of California, Lawrence Berkeley Laboratory, Berkeley California (largest U.S. experimental particle physics group at the time) |
| 1976-1977 | Institute Fellow, Weizmann Institute of Science, Rehovot, Israel. |
| 1986-1987 | IN2P3-LBNL Exchange Fellow, Lab. d'Annecy-le-Vieux de Phys. des Particules (LAPP), Annecy, France, and CERN, Geneva, Switzerland |
| 1994-2002 | Head, BaBar Physics Group, University of California, Lawrence Berkeley National Laboratory, Berkeley California. |
| 2002-2004 | DOE Program Manager for the U.S. Large Hadron Collider (LHC) Program, as an IPA at DOE Office of High Energy Physics, Germantown, MD |
| 2005-present | NSF Program Manager for the U.S. Large Hadron Collider (LHC) Program |

Name:   Morris Pripstein

Date:   March 2008

---

1.  Brief Description of Research Activities

Performing experiments and detector R&D in particle physics:

--at the Berkeley Bevatron until 1972: (1) bubble chamber physics, mostly with the Alvarez Group/Group A, studying strange particle interactions; (2) spokesperson for a series of experiments comprising a systematic study of pion-nucleon charge-exchange interactions, using 4-pi (solid angle) optical spark chambers with polarized targets as well as liquid hydrogen targets;

--at Fermilab, 1972-1976, leader of the LBL group in the Caltech-LBL collaboration in a series of first-round experiments studying pion-nucleon charge-exchange interactions at high energies;

--at SLAC, 1977-1987, to study the physics of electron-positron interactions at PEP, using the Time-Projection-Chamber (TPC); as a senior member involved in the design, construction and operation of the TPC detector as well as data analysis;

--1987-1993, detector R&D in hadron calorimetry for the Superconducting Super Collider (SSC);

--1994-2002, head of the LBNL group in the BaBar Collaboration to study the physics of CP violation in electron-positron interactions at the PEP II B-Factory at SLAC

--2004-2005, detector R&D for an LBNL interdisciplinary instrumentation initiative

2.  Publications

   More than 350 papers.

3.  Professional Activities

   High Energy Physics Grant Selection Committee for the National Research Council of Canada, 1972-1973

   Nominations Committee of the Division of Particles and Fields of the American Physical Society, 1972-1973

   DOE Technical Assessment Committee for University Programs (TACUP), 1982

4.  Committee Service at Lawrence Berkeley National Laboratory

   Physics Division Advisory Committee, 1970, 1974-1976
   Laboratory Staff Committee, 1978-1981
   Physics Division P-Cubed Advisory Committee, 1999-2002, 2004-2005

5.  Administrative

   Head of the Lawrence Berkeley Laboratory Physics Group A, 1973-1976
   Head of the Lawrence Berkeley National Laboratory BaBar Physics Group, 1994-2002
   DOE Program Manager for the U.S. LHC Program, 2002-2004
   NSF Program Manager for the U.S. LHC Program, 2005-present

6. <u>Teaching Activities</u>

Canadian Institute of Particle Physics International Summer School, McGill University, June 1975

7. <u>Awards</u>

Louis de Broglie Fellow, Laboratoire de Physique Atomique et Moleculaire, College de France, Paris, France, 1962-1963

Visiting Distinguished Scientist, McGill University, Montreal, Canada, August 1974

Institute Fellow, Weizmann Institute of Science, Rehovot, Israel, 1976-1977

INP2P3-LBNL Exchange Fellow, Lab. d'Annecy-le-Vieux de Physique de Particules (LAPP), Annecy, France, 1986-1987

Fellow of the American Physical Society (APS), since 1991

Pagels Human Rights Award of the New York Academy of Sciences, September 1988 (first recipient: Andrei Sakharov)