# EXHIBIT D



National Science Foundation
4201 Wilson Boulevard
Arlington, VA 22230
www.nsf.gov

## COOPERATIVE AGREEMENT(CA)

| AWARD: PHY-0612805 | EFFECTIVE DATE: | January 1, 2007 |
|---|---|---|
| | EXPIRATION DATE: | December 31, 2011 |

| PROJECTED TOTAL AWARD FUNDING: | SOLICITATION: |
|---|---|
| (Subject to availability of funds)<br>$42,000,000 | (Incorporated by reference, as amended)<br><br>NSF 04-23 |
| CUMULATIVE AMOUNT:<br><br>$15,999,999 | GPG: Grant Proposal Guide - Use if no Program Announcement number is required<br><br>CFDA NUMBER:<br>47.049<br><br>OTHER AWARDS UNDER THIS PROGRAM:<br><br>Show List of Awards |

| AWARDEE: | University of California, Los Angeles |
|---|---|
| PROJECT TITLE: | U.S. CMS Operations at the LHC |
| PROJECT ABSTRACT: | https://www.fastlane.nsf.gov/servlet/showaward?award=0612805 |

| Principal Investigator(s) | Proposal No. | Institution (s) |
|---|---|---|
| Robert D. Cousins | PHY-0612805 | University of California, Los Angeles |
| Daniel R. Marlow | | Trustees of Princeton University |

**NSF Contact Information:**

Financial/Administrative questions: e-mail your NSF Grants and Agreements Official, Jason M. Madigan, at jmadigan@nsf.gov or call the Division at 703-292-4333.

Programmatic questions: e-mail your NSF Program Officer, Morris Pripstein, at mpripste@nsf.gov or call the Program Division at 703-292-7376.

---

This CA is entered into between the United States of America, represented by the National Science Foundation (NSF), and the above named Awardee pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 USC 1861-1875). This CA is provided electronically to the Awardee. The Awardee is responsible for full compliance with all Programmatic and Financial/Administrative Terms and Conditions as initially stated or as updated over the life of this CA. The Awardee's request to draw down funds under this CA will represent acceptance by the Awardee of all Terms and Conditions of the CA. The Authorized Organizational Representative (AOR) will be electronically notified of any changes to these Terms and Conditions and is encouraged to immediately review these changes and contact the Grants and Agreements Official or Program Officer within thirty days with any questions.

---

**Financial/Administrative Terms and Conditions (FATC):**

General FATC:
http://www.nsf.gov/publications/pub_summ.jsp?ods_key=NSF99999FATC003

Award Specific FATC:

The Foundation authorizes the awardee to enter into the proposed contractual arrangements and to fund such arrangements with award funds up to the amount indicated in the approved budget. Such contractual arrangements should contain appropriate provisions consistent with the Financial & Administrative Terms and Conditions (FATC) and any special conditions included in this award.

For Financial/Administrative questions specific to this cooperative agreement, please contact the NSF Grants and Agreements official, Jason Madigan, at 703-292-4333 (jmadigan@nsf.gov).

**Programmatic Terms and Conditions (PTC):**

General PTC:
http://www.nsf.gov/publications/pub_summ.jsp?ods_key=NSF0423TPTC000

Award Specific PTC:

1. Project Description

The CMS (Compact Muon Solenoid) Project is a collaborative experiment that is internationally funded. It involves the European

Organization for Nuclear Research (CERN) that has undertaken construction of a new high-energy physics research facility, the Large Hadron Collider (LHC) at its laboratory site outside Geneva, Switzerland. The facility includes the LHC accelerator and two large detectors: ATLAS (A Toroidal LHC ApparatuS) and CMS. Both detectors are used to detect and measure the results of very high-energy proton-proton collisions at the LHC accelerator. (The ATLAS project is not included in this Cooperative Agreement).

U.S. national involvement in the operation of the CMS experiment is referred to as the U.S. CMS Research program, which is jointly supported by NSF and the Department of Energy (DOE). U.S. support for operations includes contributions to the maintenance and operation (M&O) of the detector, development and maintenance of the needed U.S. software and computing (S&C) infrastructure, and research and development towards possible upgrades of the detector for higher luminosity operation. Such activity will allow U.S. physicists to participate fully in the scientific research program of the LHC.

2. Project Governance

a. The Awardee will ensure that an efficient and effective project governing structure is in place throughout the award period to support all critical or significant project activities.

b. The project oversight is provided by a Joint Oversight group(JOG), co-chaired by senior managers from the two agencies. The NSF and DOE LHC Program Officers report to JOG, which meets at least semiannually to review progress of the project and pending issues related to the project. The LHC Program officer in the Division of Physics at NSF spearheads the NSF oversight of the project and interfaces with other parts of the NSF. U.S. CMS has established a project office at the Fermi National Accelerator Laboratory (FNAL) with a Program Director and Deputy Director, one of whom is from UCLA and the other from the laboratory. Although funding for the U.S. CMS program is being provided by both DOE and NSF, this CA addresses only the NSFfunded U.S CMS activities undertaken by UCLA.

c. The Awardee accepts the overall supervision, financial and reporting oversight responsibilities for the NSFfunded portion of the U.S. CMS Research Program. The Awardee will assume primary oversight responsibility for managing the NSF funding allocated to the U.S. institutions collaborating on the M&O of components and subsystems of U.S. CMS and on the S&C activities of U.S. CMS. A detailed list of these activities is documented in, and the program will be operated in accordance with, the U.S. CMS Research Program Management Plan .

3. Reporting Requirements

a. The NSF Awardee will provide regular reports to NSF on an annual basis. In addition, quarterly reports are to be provided, as specified in the Research Program execution plan, with the Annual report being in lieu of the 4th quarter report.

b. The awardee will submit all required reports via FastLane using the appropriate reporting category. For any type of report not specifically mentioned in FastLane, the Awardee will use the Interim Reporting function to submit reports. The reports will consist of: a summary of work accomplished during the reporting period including major scientific and technical accomplishments; an assessment of current or anticipated problem areas and corrective actions; and all progress in the area of project governance.

4. Awardee Support of Ongoing NSF Management and Oversight

a.The Research Program Execution Plan governs the execution of the U.S. CMS program and describes in detail the roles and responsibilities of the officers.

b.The PI will monitor performance of subawardees, including managing all performance related issues, and will serve as the project point of contact for the NSF Cognizant Program Officer, including notification of any critical project management issues such as changes in key personnel, cost, schedule, and funding profile prior to implementation of such changes.

c. NSF and DOE, through the Joint Oversight Group(JOG), will conduct M&O and S&C Reviews at least twice a year. The first reviews of the year shall be comprehensive reviews while the the second reviews will be half-day, mini-reviews. NSF and DOE program managers will review project management, cost and schedule objectives; technical experts will review subsystems in the comprehensive reviews. These reviews will be held on mutually agreed upon dates and locations.

**Change History**

**Prior Expiration Dates:**
Per Amendment 003 on
02/06/2008: December 31, 2011
Per Amendment 002 on
08/25/2007: December 31, 2011
Per Amendment 001 on
07/19/2007: December 31, 2011
Per Original Award on
01/26/2007: December 31, 2011

**Prior Awarded Funding Amount:**
Per Amendment 003 on
02/06/2008: $8,000,000
Per Amendment 001 on
07/19/2007: $3,999,999
Per Original Award on
01/26/2007: $4,000,000