# FEDERAL DEFENDANTS' DECLARATION OF BRUCE P. STRAUSS

# ATTACHMENT 1

Wagner v. U.S. Dep't of Energy

Civil No. 08-00136-HG-KSC (D. Haw.)

**Bruce P. Strauss**
**2415 Stratton Drive**
**Potomac, MD 20854-6228**

**Education**

|  |  |
|---|---|
| S.B. (1964) | Massachusetts Institute of Technology |
| Sc.D. (Ph.D.) (1967) | Massachusetts Institute of Technology |
| MBA (1972) | University of Chicago |
| Certificate in Financial Planning (1983) | Boston University |

**Certifications**

|  |  |
|---|---|
| Licensed Professional Engineer | Illinois (62-035354) |
| Registered Professional Engineer | Massachusetts (32680) |

**Experience**

**2001-Present U. S. Department of Energy**
**1997-2001 Massachusetts Institute of Technology***

(* Note: From 1997 to 2001 I was at the Department of Energy under the Intergovernmental Personal Act. I was in actuality a Visiting Scientist at MIT. I continue to hold that position at MIT without pay.)

U.S. Department of Energy as a Program Manager/Physicist

- Program manager for the Large Hadron Collider (LHC) accelerator $110 million US construction project at CERN in Geneva, Switzerland.

- Program manager for the LHC Accelerator Research Program. (LARP)

- Program manager for the Wilson Hall upgrade construction project at FNAL.

- Chair of the CERN LHC magnet procurement review committee.

- Co-chair of the ITER superconductor external procurement review committee and magnet risk assessment committee.

- Co-instituted a continuing national laboratory, university and US industry development program to improve superconductors for future particle accelerators.

- Organized major technical, cost and schedule management reviews.

- Promoted entrepreneurial awareness at DOE laboratories to solve budget crisis issues.

- Executive Secretary of the High Energy Physics Advisory Panel

**1985-1997 Cosine, Inc. - Vice President**

Senior Consultant to government agencies and corporations for due diligence studies, cost estimates and re-engineering projects; $100 million to $8 billion budgets.

- Successfully project managed technical feasibility, management and cost reviews for the U.S. Department of Energy for projects with budgets over $500 million including the Superconducting Super Collider.

- Advised government senior executives on investment strategies for technical development and implementation resulting in a $25 million development program.

- Developed and explored new business opportunities with Babcock & Wilcox accomplishing technology transfer from defense oriented business to civilian applications. Helped to secure $100 million production contract.

- Project managed due diligence study for Department of Defense on conversion technologies related to civilian energy usage that will impact a newly deregulated electric power industry.

**1979-1984 Magnetic Corporation of America-Principal Research Engineer/Production Director**

Supervised 30 engineers and technicians who implemented new production and quality control procedures which transitioned manufacturing capability from one of a kind to large job lots.

- Instituted new manufacturing process and quality control standards which increased productivity and yields by 10%.

- Facilitated entry into devices and support for Magnetic Resonance Imaging market.

**1969 - 1979 Fermi National Accelerator Laboratory-Assistant Division Director**

Managed major technical and managerial projects for $25 million upgrade project at this national laboratory.

- Assistant Division Head of the Tevatron Project.

- Successfully acquired over $12 million of high technology superconducting wire.

- Wrote new specifications, controlled all inventories of raw materials, and negotiated supply contracts.

- Applying industrial methods to a research laboratory realizing a 35% savings in costs and improved quality and deliveries.

**1968-1969 Argonne National Laboratory**

- Superconducting magnet research

**1967-1968 Avco Everett Research Laboratory**

- Models of superconductor static and dynamic thermal stability.

**Community**

    Applied Superconductivity Conference, Inc. - Board of Directors and Treasurer
    IEEE Council on Applied Superconductivity – Administrative Committee and Treasurer
    International Magnet Technology Conference – Member of the International Organizing Committee and co-chair of MT-20
    Particle Accelerator Conference – Program Committee Member

**Honors**

    Sigma Xi
    Fellow-Institute of Electrical and Electronic Engineers (IEEE)