# FEDERAL DEFENDANTS' DECLARATION OF BRUCE P. STRAUSS

## ATTACHMENT 2

Wagner v. U.S. Dep't of Energy

Civil No. 08-00136-HG-KSC (D. Haw.)

# PUBLICATIONS
## Bruce P. Strauss

H.E. Cline, B.P. Strauss, R.M. Rose and J. Wulff, "Superconductivity of a Composite of Fine Niobium Wires in Copper," *J. Appl. Phys.* **37,** 5 (1966).

H.E. Cline, B.P. Strauss, R.M. Rose and J. Wulff, "Fabrication of an Ultra Fine Cb-Cu Composite by Drawing," *ASM Trans. Quarterly* **59,** 132 (1966).

H.E. Cline, B.P. Strauss, R.M. Rose and J. Wulff, "Research on a Superconducting Niobium-Thorium Eutectic Alloy and Superconducting Composite," NASA CR-54663 (Annual Report).

B. P. Strauss, R.M. Rose, "Proximity Effects in a Fine Composite," *Physics Letters* **25A,** 362, (1967).

B.P. Strauss and R.M. Rose, "Superconductivity in a Composite Structure," presented at AIME Fall Meeting, Cleveland, Ohio, October, 1967.

B. P. Strauss, R.M. Rose, "Strong Proximity Effects in Cu; Superconductivity of Fine Nb-Cu Composite," *J. Appl. Phys.* **39,** 1638 (1968).

Z.J.J. Stekly, E.J. Lucas, T.A. deWinter, B.P. Strauss, F. DiSalvo, J. Laurence and W. Coles, "Results of Tests on Modules for an 88 kG-51 cm Bore Diameter Solenoid*," J. Appl. Phys.* **39,** 2641 (1968).

Z.J.J. Stekly, R. Thome, E.J. Lucas, B.P. Strauss and F. DiSalvo, "Advanced Super-conducting Magnets Investigation," Final Report Contract, NAS 8-21037.

Z.J.J. Stekly, R. Thome and B.P. Strauss, "Principles of Stability in Cooled Superconducting Magnets," *J. Appl. Phys.* **40,** 2238 and Proc. of the 1968 Summer Study on Superconducting Devices and Accelerators, 748 (1968).

B.P. Strauss and R.M. Rose, "Proximity Effects in Multiphase Materials," Proceedings of the Eleventh International Conference on Low Temperature Physics, 989 (St. Andrews, 1969).

R.W. Fast, B.P. Strauss, C.M. Cohn, J.R. Heim and E.H. Scholefield, "Superconducting Two Tesla Bending Magnets*," Particle Accelerators* **1,** 265 (1970).

M.A. Otavka, B.P. Strauss and R.W. Fast, "A Magnetically Operated Cryogenic Valve," *Adv. in Cryogenic Eng.* **16,** 285 (1971).

J.G. Kohr, B.P. Strauss and R.M. Rose, "Development of a New Practical High-T$_c$ Superconducting Conductor Material," *IEEE Trans. Nucl. Sci.* **NS-18,** 716 (1971).

R. Sheldon and B.P. Strauss, "0.5 Meter Prototype Energy Doubler Quadrupole Magnet," National Accelerator Laboratory, FN-235.

J. Laurence, F.J. Worzala, W.J. Yang, B.P. Strauss, and R.W. Boom, "Fabrication Studies of $Nb_3Al$ Superconductors," Paper presented at the Fourth International Cryogenic Engineering Conference, NASA, TMX-68126).

B.P. Strauss and R.W. Oram, "Prototype High Gradient Superconducting Quadrupole for Hyperon Focusing," Proceeding of the 1972 Applied Superconductivity Conference, IEEE, (New York, 1972).

R. Carrigan, F. Nezrick, and B.P. Strauss, "Search for Magnetic Monopoles at NAL," presented at the 1973 Spring Meeting of the American Physical Society.

R. Carrigan, Jr., F.A. Nezrick, and B.P. Strauss, "Search for Magnetic Monopole Production by 300-GeV Protons," *Phys. Rev. D.* **8,** 3731 (1973).

V. Bartenev, *et al.,* "Cryopumped, Condensed Hydrogen Jet Target for the National Accelerator Laboratory Main Accelerator," *Adv. in Cryogenic Eng.,* (1973).

P.J. Reardon, B.P. Strauss, D. Sutter, R. McCracken, D. Richied, M.A. Otavka, "Preliminary Modeling and Testing of Ramped Superconducting Dipoles of the NAL Doubler," *IEEE Trans. Nucl. Sci.* **NS-20,** (3), 744 (1973).

P.J. Reardon, B.P. Strauss (Editors) "Some Preliminary Concepts About the Proposed Energy Doubler Device for the 200/500 GeV Proton Accelerator at the United States National Accelerator Laboratory, Batavia, Illinois," NAL TM-421 (1973).

R. Carrigan, Jr., F.A. Nezrick, and B.P. Strauss, "Search for Magnetic Monopole Production by 300-GeV Protons at the United States National Accelerator Laboratory, Batavia, Illinois," *Phys. Rev D***8**, 3717 (1973)

R. Carrigan, Jr., F.A. Nezrick, and B.P. Strauss, "Extension of Fermi National Accelerator Laboratory Magnetic Monopole Search to 400 GeV," *Phys. Rev. D* **9,** (1974).

D.A. Edwards, W.B. Fowler, P.J. Reardon, D.E. Richied, B.P. Strauss, D.F. Sutter, "Progress Report on the NAL Energy Doubler Design Study," Proceedings IXth International Conference on High Energy Accelerators (1974).

B.P. Strauss, D.F. Sutter, E. Ioriatti, W. Habrylewicz, "Results of Magnet Prototype Evaluation for the Fermilab Energy Doubler Project," *IEEE Trans. Nucl. Sci.* **NS-22**, 451, (1975).

W.B. Fowler, D. Drickey, P.J. Reardon, B.P. Strauss, D.F. Sutter, "The Fermilab Energy Doubler, A Two Year Progress Report*,*" *IEEE Trans. Nucl. Sci.* **NS-22**, 1125 (1975).

D. Drickey, R. Flora, B.P. Strauss, D.F. Sutter, "Performance Studies of Superconducting Magnets for the Fermilab Energy Doubler," *IEEE Trans. Nucl. Sci.* **NS-22,** 1127 (1975).

R.A. Carrigan, Jr, F.A. Nezrick, and B.P. Strauss, "Search for Misplaced Magnetic Monopoles," *Phys. Rev. D13*, 1823 (1976)

B.P. Strauss, R.H. Remsbottom and P.J. Reardon, "The Fabrication of Multifilament NbTi Composite Wires for Accelerator Applications," Applied Polymer Symposium No. 29, 53 (1976).

F.T. Cole and B.P. Strauss (Editors), "The Energy Doubler - A Progress Report for The Energy Doubler, Saver, Collider Project," Fermilab, June, 1976.

W.B. Fowler, *et al.,* "The Technology of Producing Reliable Superconducting Dipoles at Fermilab, *IEEE Trans. Mag*. **MAG-13,** 279 (1977).

B.P. Strauss, *et al.,* "Results of the Fermilab Wire Production Program," *IEEE Trans. Mag.* **MAG-13**, 487 (1977).

P.A. Sanger, B.P. Strauss, R.W. Boom, and G. Kulcinski, "Damage to Stabilizing Materials by 400 GeV Protons," *IEEE Trans. Mag*. **MAG-13,** 852 (1977).

RA Carrigan Jr, BP Strauss, G Giacomelli, "Search for magnetic monopoles at the CERN Intersecting Storage Rings," *Phys. Rev. D17*, 1754 (1978)

G. Biallas, *et al.,* "The Support and Cryostat System for Doubler Magnets," *IEEE Trans. Mag*. **MAG-15,** 131 (1979).

B.P. Strauss, *et al*., "How to Mass Produce Reliable Cryostats for Large Particle Accelerators," *IEEE Trans. Nucl. Sci.* **NS-26,** 3941 (1979).

D.F. Sutter and B.P. Strauss, "Next Generation High Energy Physics Challenges: Technical Challenges & Prospects," *IEEE Trans. Appl. Supercon.,* **10**, 33 (2000)

M.A. Green, V. Lebedev, and B.P. Strauss, "A Superconducting Focusing Solenoid for the Neutrino Factory Linear Accelerator," *IEEE Trans. Appl. Supercon.,* **12**, 247 (2002)

G.J. Peters, R.E. Berger, B.P. Strauss and D.F. Sutter, "The DOE High Energy Physics SBIR/STTR Superconductivity Program," *IEEE Trans. Appl. Supercon.,* **13**, 1520 (2003)

M.A. Green, S.Q. Yang, U. Bravar, W. Lau, D. Li, B.P. Strauss and H. Witte, "The Mechanical and Thermal Design for the MICE Coupling Solenoid Magnet," *IEEE Trans. Appl. Supercon.,* **15**, 1279 (2005)

M.A. Green, H. Witte and B. Strauss, "The Inductive Coupling of the Magnets in MICE and its Effect on Quench Protection," *IEEE Trans. Appl. Supercon.,* **16**, 1304 (2006)

S.Q. Yang, M.A. Green, W. Lau, D. Li, B.P. Strauss and H. Witte, "The Cold Mass Support System and the Helium Cooling system for the MICE Focusing Solenoid," *IEEE Trans. Appl. Supercon.,* **17**, 1251 (2007)

M.A. Green and B.P Strauss, "The Cost of Superconducting Magnets as a Function of Stored Energy and Induction Times the Field Volume," accepted for publication in *IEEE Trans. Appl. Supercon.*

**PATENTS**

3,739,075    B.P. Strauss and M.A. Otavka, "Percolator."
3,775,842    R. Sheldon and B.P. Strauss, "Methods of Centering and Restraining Coils in an Electromagnet."
3,836,404    B.P. Strauss, "Methods of Fabricating Composite Superconductive Electrical Conductors."
4,044,457    B.P. Strauss, P.J. Reardon, R.H. Remsbottom, "Method of Fabricating Composite Superconducting Wire."
4,490,439    Z.J.J. Stekly and B.P. Strauss, "Superconductor with Improved Persistence Characteristics."