# FEDERAL DEFENDANTS' DECLARATION OF BRUCE P. STRAUSS

# ATTACHMENT 6

Wagner v. U.S. Dep't of Energy

Civil No. 08-00136-HG-KSC (D. Haw.)



# MISSION

Discovering the solutions to power and secure America's future

# U. S. Department of Energy Strategic Plan

www.ENERGY.gov

EDITORS NOTE:

This Strategic Plan covers the Department of Energy including the National Nuclear Security Administration, the Energy Information Administration, and the Power Marketing Administrations. As an independent regulatory agency, the Federal Energy Regulatory Commission (FERC) prepares separate documents. See their web page at: http://www.ferc.gov/about/strat-docs.asp.

This document is also available on the Department of Energy's web site: http://www.energy.gov.

This Strategic Plan was produced by the Office of Program Analysis and Evaluation in the Office of the Chief Financial Officer. The point of contact for this document is the Office of Program Analysis and Evaluation, which can be reached at (202) 586-1911 or at StrategicPlan@hq.doe.gov.

DOE/CF-0010

**DESCRIPTION:** The Department has made science-driven innovation a top priority because of a growing awareness of shifts in the energy structure. Also the pace of technological progress must be accelerated to solve critical national challenges. Revolutionary breakthroughs are required and DOE will lead a renaissance in scientific discovery that will rekindle the American spirit and provide the base of new knowledge and the resulting new options and solutions to these seemingly intractable challenges. The Department cannot rely on incremental changes in technology to significantly reduce our dependence on foreign oil, dramatically decrease energy use, increase production, or solve long-term environmental challenges such as climate change.

### STRATEGIES TO REACH THIS GOAL

• Advance the basic energy sciences to realize transformational discoveries built on the foundations of basic research in materials sciences, chemical sciences, related scientific disciplines and tools, and major scientific user facilities for creating atomic-scale structures.

• Expand efforts in biological and environmental research, including genomic and related biological sciences by: creating fundamentally new energy sources and conversion processes; improving climate and earth system modeling; and understanding prediction and control of environmental contaminant fate and transport.

• Increase research to advance the knowledge of plasma and fusion energy sciences to the point where a determination of commercial feasibility of one or more leading designs is possible.

• Advance the computational sciences and the leadership-class computational capabilities required for today's frontiers of scientific discovery.

• Advance fundamental knowledge in high energy physics and nuclear physics that will result in a deeper understanding of matter, energy, space, and time.

### GOAL 3.2 – FOUNDATIONS OF SCIENCE

Deliver the scientific facilities, train the next generation of scientists and engineers, and provide the laboratory capabilities and infrastructure required for U.S. scientific primacy.

**DESCRIPTION:** The foundations of great science are the people, the powerful scientific instruments, and the laboratories that provide important venues for multi-disciplinary collaboration. The Department serves a critical role within the U.S. science enterprise as managers of the largest system of National Laboratories and major scientific user facilities. Tens of thousands of researchers depend on these facilities and this support forms a core element of the innovative engine that drives the U.S. economy. Many of the world's leading scientists are employed at DOE National Laboratories and annual DOE research grants support the work of scientists, engineers, and technicians at more than 300 universities. In addition, the Department constructs and operates the largest and most advanced set of scientific facilities in the world. These facilities are open to the science community on a competitive basis. The 19,000 scientists who work at these facilities conduct some of the most complex and innovative research being performed today. Skillful management and prudent investment strategies are needed to ensure that the laboratories are staffed and equipped with the necessary resources to support the Department's mission. DOE will ensure that scientific facilities are operated efficiently and effectively and that students are given every opportunity to learn and grow as future scientists, technicians, and engineers.

### STRATEGIES TO REACH THIS GOAL

• Complete construction and begin operation of major scientific user facilities.

• Improve the operations of the National Laboratory system using a collaborative approach.

• Increase the operating efficiency and safety of the National Laboratories and scientific user facilities, guided by a ten-year site planning process.

• Develop an approach by working with other Federal agencies to recruit the next generation of leaders in science, technology, and engineering.

• Better communicate the importance of science and technology to inspire participation in the innovation economy.

### GOAL 3.3 – RESEARCH INTEGRATION

Integrate basic and applied research to accelerate innovation and to create transformational solutions for energy and other U.S. needs.