# FEDERAL DEFENDANTS' DECLARATION OF BRUCE P. STRAUSS

## ATTACHMENT 7

Wagner v. U.S. Dep't of Energy

Civil No. 08-00136-HG-KSC (D. Haw.)



European Organization for Nuclear Research



## A global endeavour

CERN is run by 20 European Member States, but many non-European countries are also involved in different ways. Scientists come from around the world to use CERN's facilities.

The current Member States are: Austria, Belgium, Bulgaria, the Czech Republic, Denmark, France, Germany, Greece, Hungary, Italy, the Netherlands, Norway, Poland, Portugal, the Slovak Republic, Spain, Sweden, Switzerland and the United Kingdom.

Member States have special duties and privileges. They make a contribution to the capital and operating costs of CERN's programmes, and are represented in the Council, responsible for all important decisions about the Organization and its activities.

Some states (or international organizations) for which membership is either not possible or not feasible are Observers. 'Observer' status allows non-Member States to attend Council meetings and to receive Council documents, without taking part in the decision-making procedures of the Organization.

Scientists from some 580 institutes and universities around the world use CERN's facilities.

Physicists and their funding agencies from both Member and non-Member States are responsible for the financing, construction and operation of the experiments on which they collaborate. CERN spends much of its budget on building new machines (such as the Large Hadron Collider), and it only partially contributes to the cost of the experiments.

**Observer States and Organizations** currently involved in CERN programmes are: the European Commission, India, Israel, Japan, the Russian Federation, Turkey, UNESCO and the USA.

**Non-Member States** currently involved in CERN programmes are: Algeria, Argentina, Armenia, Azerbaijan, Belarus, Brazil, Canada, Chile, China, Colombia, Croatia, Cuba, Cyprus, Estonia, Georgia, Iceland, Iran, Ireland, Lithuania, Mexico, Montenegro, Morocco, New Zealand, Pakistan, Peru, Romania, Serbia, Slovenia, South Africa, South Korea, Taiwan, Thailand, Ukraine and Vietnam.

## Half the world's particle physicists

CERN employs just around 2500 people. The Laboratory's scientific and technical staff desi the particle accelerators and ensures their smooth operation. They also help prepare, run, interpret the data from complex scientific experiments.

Some 8000 visiting scientists, half of the world's particle physicists, come to CERN for their represent 580 universities and 85 nationalities.

Copyright CERN 2007 - Web Communications, DSU-CO