# FEDERAL DEFENDANTS' DECLARATION OF BRUCE P. STRAUSS

## ATTACHMENT 9

Wagner v. U.S. Dep't of Energy

Civil No. 08-00136-HG-KSC (D. Haw.)

DOE/CF-027
Volume 4

# Department of Energy



# FY 2009 Congressional Budget Request

# Science

February 2008        Office of Chief Financial Officer        Volume 4

**U.S. LHC Accelerator and Detectors Funding Profile**

(dollars in thousands)

| Fiscal Year | Department of Energy | | | National Science Foundation (Detectors) |
|---|---|---|---|---|
| | Accelerator | Detectors | Total | |
| 1996[a] | 2,000 | 4,000 | 6,000 | — |
| 1997[a] | 6,670 | 8,330 | 15,000 | — |
| 1998[a] | 14,000 | 21,000 | 35,000 | — |
| 1999 | 23,491 | 41,509 | 65,000 | 22,150 |
| 2000 | 33,206 | 36,794 | 70,000 | 15,900 |
| 2001 | 27,243 | 31,627 | 58,870 | 16,370 |
| 2002 | 21,303 | 27,697 | 49,000 | 16,860 |
| 2003 | 21,310 | 37,900 | 59,210 | 9,720 |
| 2004 | 29,330 | 19,470 | 48,800 | — |
| 2005 | 21,447 | 11,053 | 32,500 | — |
| 2006 | — | 7,440 | 7,440 | — |
| 2007 | — | 3,180 | 3,180 | — |
| Total | 200,000[b] | 250,000 | 450,000 | 81,000 |

(dollars in thousands)

| | FY 2007 | FY 2008 | FY 2009 |
|---|---|---|---|
| ▪ **Large Hadron Collider Support** | 56,820 | 63,622 | 72,450 |

The U.S. LHC effort is one of the highest priority components of the HEP program, endorsed repeatedly by HEPAP, and by the recent National Academy of Sciences study (EPP2010). With LHC turn-on occurring in 2008, the U.S. LHC program, jointly supported by the DOE and the NSF, will be in a critical phase in FY 2009. An increase of almost 14% in DOE support above FY 2008 is planned. This includes increased costs for Fermilab direct program support. The main use of the resources will be for LHC software and computing, and pre-operations and maintenance of the U.S.-built systems that are part of the LHC detectors. The U.S. also participates in accelerator commissioning and accelerator physics studies using the LHC, along with R&D for potential future upgrades to both the machine and the detectors. Most of the increase in FY 2009 funding is for accelerator R&D aimed at supporting LHC upgrades. With first data anticipated in 2008, a high priority will be on the ramp-up of operations in FY 2009.

---

[a] The FY 1996 and FY 1997 LHC funding was for R&D, design, and engineering work in support of the proposed U.S. participation in LHC. Beginning in FY 1998 funding was used for: fabrication of machine and detector hardware, supporting R&D, prototype development, and purchases by CERN from U.S. vendors

[b] Includes $111,500,000 for LHC supporting R&D and accelerator components to be fabricated by U.S. laboratories and $88,500,000 for purchases by CERN from U.S. vendors.