# FEDERAL DEFENDANTS' DECLARATION OF BRUCE P. STRAUSS

# ATTACHMENT 11

Wagner v. U.S. Dep't of Energy

Civil No. 08-00136-HG-KSC (D. Haw.)

# Appendix 2.B

# U.S. ATLAS Detector Construction Project Management Plan



# US ATLAS PROJECT

# PROJECT MANAGEMENT PLAN

Revision 2.0 – December, 2002

**Appendix 8-2: U.S. ATLAS Funding Profile**

**(Presented in AY$ × 1,000)**

| FY | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOE Project | 1,700 | 3,710 | 10,050 | 8,999 | 16,494 | 14,475 | 10,507 | 17,416 | 8,990 | 5,490 | 3,239 | 1,880 | 102,950 |
| NSF Project | | | | 16,630 | 11,940 | 12,290 | 12,650 | 7,290 | | | | | 60,800 |
| Total U.S. ATLAS | 1,700 | 3,710 | 10,050 | 25,629 | 28,434 | 28,797 | 27,850 | 22,890 | 8,990 | 5,490 | 3,239 | 1,880 | 163,750 |

# Appendix 2.C.

# U.S. CMS Detector Construction Project Management Plan



# US CMS PROJECT

# PROJECT MANAGEMENT PLAN

Revision 1.0 – December, 2002

## APPENDIX 11: U.S. CMS FUNDING PROFILE (AYM$) (30 SEPTEMBER 2002)



|     | FY96 | FY97 | FY98  | FY99  | FY00  | FY01  | FY02  | FY03  | FY04  | FY05 | FY06 | FY07 | Total  |
|-----|------|------|-------|-------|-------|-------|-------|-------|-------|------|------|------|--------|
| DOE | 2.30 | 4.62 | 10.95 | 32.51 | 20.30 | 17.15 | 17.19 | 20.48 | 10.48 | 5.56 | 4.20 | 1.30 | 147.05 |
| NSF |      |      |       | 5.52  | 3.96  | 4.07  | 4.25  | 2.40  |       |      |      |      | 20.20  |

## APPENDIX 12: ASSUMED ESCALATION RATES

| Fiscal Year              | FY96  | FY97  | FY98  | FY99  | FY00  | FY01  | FY02  | FY03  | FY04  | FY05  | FY06  | FY07  |
|--------------------------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Escalation Index (Jan'02)| 1.025 | 1.021 | 1.020 | 1.016 | 1.024 | 1.025 | 1.026 | 1.021 | 1.025 | 1.029 | 1.028 | 1.026 |
| Escalation Factor        | 0.979 | 1.000 | 1.020 | 1.036 | 1.000 | 1.025 | 1.052 | 1.074 | 1.101 | 1.132 | 1.164 | 1.194 |

*Guidance provided by the DOE's Office of Engineering and Construction Management for Energy Research and Nuclear Construction Projects.