ORIGINAL

Luis Sancho
PO Box 411
Honomu, HI 96728
808-964-5535
*pro se*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 30 2008

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

--oo0oo--

| | |
|---|---|
| LUIS SANCHO, et al., ) | Civil No. CV08-00136 HG |
| ) | |
| Plaintiffs ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| US DEPARTMENT OF ENERGY, et al., ) | |
| ) | |
| Defendants ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I, Walter L. Wagner, certify that service of the *Summons and Complaint* was effected on defendant CERN [European Organization for Nuclear Research] on May 28, 2008 by hand delivery of same upon Ms. Lucie Barbin, a legal secretary for the legal department of CERN. Said hand delivery was effected by Mr. Marco Breitenmoser, a registered *Huissier* in Geneva, Switzerland for service of legal documents upon parties who have been named in lawsuits.

Attached herewith as Exhibit "A" is the cover letter Mr. Breitenmoser wrote to my agent who contracted his services on my behalf, Mr. Armin Albarracin, as well as Exhibit "B", which is the certificate of service itself ["Acte de Signification"], dated 2008, Wednesday, 25th of May [L'An Deux Mille Huit, et Le Mercredi Vingt-Huit Mai] prepared by Mr. Breitenmoser certifying service of the Summons and Complaint on that date upon "Madame Lucie Barbin, Service Juridique" at CERN [European Organization for Nuclear Research] located at Route de Meyrin, 1217 MEYRIN, and to which document he appended a certified, conformed photocopy of the Summons and Complaint that was served upon defendant CERN [also attached].

Dated:    June 27, 2008

*/s/ Walter L. Wagner*
Walter L. Wagner

2