# EXHIBIT "A:
## Marco Breitenmoser Cover Letter

E T U D E   B R E I T E N M O S E R
Huissier judiciaire près les tribunaux de Genève

Marco BREITENMOSER
Lic. en droit, Lic. en sc. pol., MBA
Huissier judiciaire

Yvan CHRISTE
Clerc

Stéphane BARBEY
Lic. en droit - Médiateur diplômé GPM

Monsieur Armin ALBARRACIN
12B, avenue Henri-Golay

**1219 CHATELAINE**

Genève, le 4 juin 2008/MB/db

**Acte de signification du mercredi 28 mai 2008**

Cher Monsieur,

Je vous prie de trouver sous ce pli l'original de l'acte de signification que j'ai remis en mains de Madame Lucie BARBIN du Service Juridique du CERN, le mercredi 28 mai 2008.

A ma décharge, je vous restitue l'original du contrat que vous m'aviez confié.

Vous trouverez également ci-joint ma note de frais et honoraires qui se trouve soldée par la provision de CHF 500.00 que vous m'aviez remise le 20 mai dernier.

En vous remerciant de la confiance témoignée, je vous prie de croire, Cher Monsieur, à l'assurance de mes sentiments dévoués.

Marco BREITENMOSER

**Annexes ment.**