# EXHIBIT "A"
## DOE Letter Showing No NEPA Compliance



Department of Energy

James Blodgett
Risk Evaluation Forum
P.O. Box 2371
Albany, NY 12220

Re: FOIA-2008-000155

Dear Mr. James Blodgett:

This is a final response to the request for information that you sent to the Department of Energy (DOE) under the Freedom of Information Act (FOIA), 5 U.S.C. 552. You asked for information about Environmental Assessments, Findings of No Significant Impact, and Environmental Impact Statements prepared by DOE for any collaboration with CERN on the Large Hadron Collider.

The Office of Science has completed its search for documents responsive to the request. The search, however, did not locate any documents responsive to the request.

Mr. Dennis G. Kovar, Acting Associate Director, Office of High Energy Physics is responsible for the determination that no responsive documents exist in the Office of Science.

You may challenge the adequacy of the search for responsive documents in the Office of Science by submitting a written appeal to the Director, Office of Hearings and Appeals, HG-1 L'Enfant Plaza Building, U.S. Department of Energy, 1000 Independence Avenue, SW, Washington, DC 20585-1615. You should submit the appeal within 30 calendar days of receipt of this determination.

The written appeal, including the envelope, must clearly indicate that a Freedom of Information Act appeal is being made. The appeal must contain all the elements required by 10 CFR 1004.8 to the extent applicable. Judicial review will thereafter be available to you (1) in the District of Columbia; (2) in the district where you reside; (3) in the district where you have your principal place of business; or (4) in the district where the DOE records are located.

I appreciate the opportunity to assist you with this matter. You may contact, Ms. Sheila Jeter of my staff on (202) 586-5061, with any questions about this letter.

Sincerely,

Verlette L. Gatlin, Deputy Director
FOIA and Privacy Act Office
Office of Information Resources