CORRESPONDENCE

Edwin Steinitz  
3415 Gardenside Lane  
Los Angeles, CA 90039  
edwinsteinitz@mac.com

Los Angeles, 13th August, 2008

TO:  
United States Court  
Attn. Judge Helen Gilmore  
300 Ala Moana Blvd  
Honolulu, HI 96855

Dear Judge Gilmore,

    My name is Edwin Steinitz. I am part of Mr Ginthor's documentary. Concerning the permission to bring camera equipment into the courtroom and film there, I ask if you could notify me if you can grant us this request since I am in Los Angeles and correspondence is faster than to Austria. Again my information:

Edwin Steinitz  
3415 Gardenside Lane  
Los Angeles, CA 90039  
+1-323-842 0875  
edwinsteinitz@mac.com

Once again many thanks  
Yours sincerely,

*[signature]*

Edwin Steinitz

**FreibeuterFilm**

Michael Ginthor
Hintzerstrasse 4
A-1030 Vienna

August, 08 2008

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 18 2008
DISTRICT OF HAWAII

To:
United States Court
Attn. Judge Helen Gilmore
300 Ala Moana Blvd
Honolulu, HI 96855

Concerning:
Case #: Civil 0800136HG
Hearing date 09/02/2008 10 am

Dear Judge Gilmore,

My name is Michael Ginthor. I am a journalist from Austria. Together with a small team I will come to Hawaii for the hearing in the Sancho vs. DOE case.
We are planning to interview Mr. Wagner and Mr. Sancho and all the other parties involved. Of course we would also like to attend the hearing on September 2nd and tape it (discretely).
We think it's a significant moment not only in the case but in the history of science.
I am hereby asking you for permission to shoot the hearing or parts of it.

We will use:
One Panasonic DVX-100 video camera
One Canon G9 camera

The case is of great interest in Europe. The project is supported by Austrian government agencies and German public television (ZDF). We hope you will decide in our favor in the matter.

With warm regards and many thanks in advance,
 Yours sincerely,

Michael Ginthor

Edwin Steinitz

3415 Gardenside Lane          Tel. 001 . 323 . 8420875
90039, Los Angeles, CA        edwinsteinitz@mac.com