Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in the United States of America

CORRESPONDENCE

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 14 2008
DISTRICT OF HAWAII

The Honorable
Helen Gillmor
United States District Court
District of Hawaii
300 Ala Moana Blvd., Rm. C338
Honolulu, Hawaii 96850

Your reference: 454.0-FCH/SEV

**Washington, D.C., August 11, 2008**

Dear Judge Gillmor:

I refer to the attempted service of a civil matter (case number: 08-00136HG) on the European Organization for Nuclear Research (CERN) in Geneva.

In this case, the court documents in the English language were delivered to CERN by Mr. Marco Breitenmoser, a Geneva-based bailiff. CERN justifiably disputes the method of the delivery since the bailiff deposited the court documents against CERN's will although CERN had already pointed out that the delivery and therefore also the service were inadmissible.

In fact, the delivery of official court documents to an intergovernmental organization through a bailiff, an attorney or the court itself violates international law and, in particular, the Agreement between Switzerland and the European Organization for Nuclear Research Concerning the Legal Status of the European Organization for Nuclear Research in Switzerland, which sets down the inviolability of the buildings of the Organization and the immunity from legal process.

According to the Swiss legal interpretation, the service of court documents from Swiss and foreign authorities on an intergovernmental organization with headquarters in Switzerland with which Switzerland has concluded a headquarters agreement must be done by diplomatic channels. Since CERN is such an intergovernmental organization with a special status with certain inviolable rights, the court documents to be served must be delivered by the United States Embassy in Bern to the Swiss Federal Department of Foreign Affairs (FDFA), which would carry out the service on CERN via our Mission in Geneva.

Therefore the documents were not delivered properly and thus their service was not executed. I request that the service of the court documents concerned on CERN be done validly through the diplomatic channels described above.

Sincerely,

The Chargé d'Affaires a.i. of Switzerland

Alexander Wittwer

2900 Cathedral Ave. NW
Washington, D.C. 20008-3499
Phone: (202) 745 7900, Fax: (202) 387 2564
was.vertretung@eda.admin.ch, www.swissemb.org