# EXHIBIT A

**Toth, Brian (ENRD)**

| | |
|---|---|
| **From:** | Toth, Brian (ENRD) |
| **Sent:** | Tuesday, June 24, 2008 5:07 PM |
| **To:** | Walter L. Wagner; luisancho@hotmail.com |
| **Cc:** | Watson, Derrick (USAHI); Smith, Andrew |
| **Subject:** | Sancho v. DOE, Civ. No. 08-136-HG-KSC (D. Haw.) - copies of defs.' filings (part 1) |
| **Attachments:** | Notice of Motion.pdf; Concise Statement of Fact.pdf; Memo.pdf; Ex_A_ND_Cal_Compl_.PDF; Ex_B_June_1999_order.PDF; Ex_C_ord_on_1st_mot_to_reconsider.PDF; Ex_D_ord_on_2nd_mot_to_reconsider.PDF; Ex_E_3d_ord_on_reconsideration.PDF; Ex_F_SDNY_Compl.PDF; Ex_G_ED_NY_1st_ord_.PDF; Ex_H_ED_NY_2nd_ord.PDF; Ex_I_ND Ill minute ord.PDF; Ex_J ND Cal docket sheet.pdf; Livengood Declaration.pdf |

Mr. Sancho and Mr. Wagner:

Attached please find electronic copies of the following documents filed today in the above-referenced case: (1) notice of motion and combined motion to dismiss and motion for summary judgment; (2) memorandum in support and attached exhibits A through J; (3) concise statement of fact in support of motion for summary judgment; (4) declaration of Joanna M. Livengood.  Paper copies are also being sent to you.  I will forward you by separate e-mails the declarations of Dennis Kovar, Bruce Strauss, and Morris Pripstein.

Sincerely,
Brian Toth

Brian C. Toth
Attorney
Environment and Natural Resources Division
United States Department of Justice
202-305-0639 (telephone)
202-353-1873 (facsimile)

<u>Mailing Address</u>:
P.O. Box 23795
Washington, DC  20026-3795

<u>Express Mail / Courier</u>:
PHB Mail Rm 2121
601 D St. NW
Washington, DC 20004

  

Notice of Motion.pdf (43 KB)   Concise Statement of Fact.pdf …   Memo.pdf (201 KB)

      

Ex_A_ND_Cal_Compl_.PDF (150 KB…   Ex_B_June_1999_order.PDF (324 …   Ex_C_ord_on_1st_mot_to_reconsi…   Ex_D_ord_on_2nd_mot_to_reconsi…   Ex_E_3d_ord_on_reconsideration…   Ex_F_SDNY_Compl.PDF (209 KB)   Ex_G_ED_NY_1st_ord_.PDF (83 KB…

  

Ex_H_ED_NY_2nd_ord.PDF (124 KB…   Ex_I_ND Ill minute ord.PDF (41…   Ex_J ND Cal docket sheet.pdf (…

Livengood
Declaration.pdf (290.

**Tracking:**     **Recipient**     **Delivery**     **Read**

| Recipient | Delivery | Read |
|---|---|---|
| Walter L. Wagner | | |
| luisancho@hotmail.com | | |
| Watson, Derrick (USAHI) | | |
| Smith, Andrew | Delivered: 6/24/2008 5:08 PM | Read: 6/24/2008 5:26 PM |

2