# EXHIBIT "B"
## LHC Strangelet Search Article



Previous article | Next article | This volume | This issue | Content finder

# CASTOR: A dedicated detector for the detection of centauros and strangelets at the LHC

Aris L S Angelis *et al* 1997 *J. Phys. G: Nucl. Part. Phys.* **23** 2069-2080   doi: 10.1088/0954-3899/23/12/032



Aris L S Angelis and Apostolos D Panagiotou
Nuclear and Particle Physics Division, Department of Physics, University of Athens, Greece

**Abstract.** *We present a specialized detector system, CASTOR, which, as an integral part of the ALICE experiment, will search for centauros and strangelets in central Pb+Pb collisions at the LHC. CASTOR will cover the very forward, baryon-rich pseudorapidity region $4.5 \leq \eta \leq 6.2$ and will consist of a charged particle multiplicity detector, a photon multiplicity detector and a calorimeter with electromagnetic and hadronic sections. The physics motivation is presented, along with simulation results and the detector design. The influence of the background on the identification of centauro-type events is discussed.*

Print publication: Issue 12 (December 1997)
Received 12 August 1997

BOOKMARK   Post to CiteUlike | Post to Connotea | Post to Bibsonomy