# EXHIBIT "C"
## LHC Strangelet Search Article

# arXiv.org > hep-ph > arXiv:hep-ph/9908210

Search or Article-id
(Help | Advanced search)

[       ] [All papers ▼] [Go!]

Full-text links:

## Download:

- PostScript
- PDF
- Other formats

**Current browse context:**

hep-ph
< prev | next >
new | recent | 9908

**References & Citations**

- SLAC-SPIRES HEP
  (refers to | cited by)
- CiteBase

**Bookmark**

(what is this?)



# High Energy Physics - Phenomenology

## Title: Formation of Centauro and Strangelets in Nucleus-Nucleus Collisions at the LHC and their Identification by the ALICE Experiment

Authors: A. L. S. Angelis, J. Bartke, M. Yu. Bogolyubsky, S. N. Filippov, E. Gladysz-Dziadus, Yu. V. Kharlov, A. B. Kurepin, A.I. Maevskaya, G. Mavromanolakis, A. D. Panagiotou, S. A. Sadovsky, P. Stefanski, Z. Wlodarczyk
(Submitted on 1 Aug 1999)

Abstract: We present a phenomenological model which describes the formation of a Centauro fireball in nucleus-nucleus interactions in the upper atmosphere and at the LHC, and its decay to non-strange baryons and Strangelets. We describe the CASTOR detector for the ALICE experiment at the LHC. CASTOR will probe, in an event-by-event mode, the very forward, baryon-rich phase space $5.6 < \eta < 7.2$ in 5.5 A TeV central Pb + Pb collisions. We present results of simulations for the response of the CASTOR calorimeter, and in particular to the traversal of Strangelets.

Comments: 4 pages, 4 figures, to appear in the proceedings of the 26th ICRC
Subjects:   High Energy Physics - Phenomenology (hep-ph)
CiteÂ as:   arXiv:hep-ph/9908210v1

## Submission history

From: Aris L. S. Angelis [view email]
**[v1]** Sun, 1 Aug 1999 15:18:50 GMT (68kb)
Which authors of this paper are endorsers?

Link back to: arXiv, form interface, contact.