# EXHIBIT "D"
## LHC Strangelet Search Article

Athens Authentication Point
Welcome!
To use the personalized features of this site, please log in or register.
If you have forgotten your username or password, we can help.
My Menu
Marked Items
Alerts
Order History
Saved Items
All
Favorites

- Content Types
  - All
  - Publications
  - Journals
  - Book Series
  - Books
  - Reference Works
  - Protocols
- Subject Collections
  - Architecture and Design
  - Behavioral Science
  - Biomedical and Life Sciences
  - Business and Economics
  - Chemistry and Materials Science
  - Computer Science
  - Earth and Environmental Science
  - Engineering
  - Humanities, Social Sciences and Law
  - Mathematics and Statistics
  - Medicine
  - Physics and Astronomy
  - Professional and Applied Computing

English  Go
Â    Â Â

Journal Article



**Model for describing the production of Centauro events and strangelets in heavy-ion collisions**

Add to marked items
Add to shopping cart
Add to saved items
Permissions & Reprints
Recommend this article

| | |
|---|---|
| Journal | Physics of Atomic Nuclei |
| Publisher | MAIK Nauka/Interperiodica distributed exclusively by Springer Science+Business |

| | |
|---|---|
| ISSN | Media LLC.<br>1063-7788 (Print)<br>1562-692X (Online) |
| Issue | Volume 67, Number 2 / February, 2004 |
| Category | Elementary Particles and Fields |
| DOI | 10.1134/1.1648929 |
| Pages | 396-405 |
| Subject Collection | Physics and Astronomy |
| SpringerLink Date | Wednesday, April 12, 2006 |

PDF (267.0 KB)  Free Preview

Find

[    ] Go

◉ Within all content
○ Within this journal
○ Within this issue

Export this article
Export this article as
RIS | Text
Â

# Elementary Particles and Fields
# Theory

Model for describing the production of Centauro events and strangelets in heavy-ion collisions

S. Â A. Â Sadovsky[1Â],
Yu. Â V. Â Kharlov[1], A. Â L. Â S. Â Angelis[2],
E. Â GÅ‚adysz-DziaduÅ›[3],
V. Â L. Â Korotkikh[4], G. Â Mavromanolakis[2]
and A. Â D. Â Panagiotou[2]

(1) Â Institute for High Energy Physics, Protvino, Moscow oblast, 142284, Russia
(2) Â Nuclear and Particle Physics Division, Physics Department, University of Athens, GR-15771Â Athens, Greece
(3) Â Laboratory of High Energy Physics, Institute of Nuclear Physics, ul. Kawiory 26a, PL-30-055Â KrakÃ³w, Poland

(4) Institute of Nuclear Physics, Moscow State University, Vorob'evy gory, Moscow, 119899, Russia

**Received:**
18 September 2002  **Accepted:**
21 March 2003

Abstract  A phenomenological model for describing the production of Centauro events in relativistic heavy-ion collisions is discussed. The model provides quantitative predictions for kinematical variables, for the baryon number, and for the masses of a Centauro fireball and of its decay products. A Centauro fireball decays predominantly into nucleons, strange hyperons, and possibly strangelets. Centauro events in Pb + Pb collisions at the LHC energy are simulated for the CASTOR detector. The signatures of these events are discussed in detail.

---

Translated from Yadernaya Fizika, Vol. 67, No. 2, 2004, pp. 414–424.
Original Russian Text Copyright © 2004 by Sadovsky, Kharlov, Angelis, Gładysz-Dziaduś, Korotkikh, Mavromanolakis, Panagiotou.
Deceased.

---

**S. A. Sadovsky**
**Email:** sadovsky@mx.ihep.su

**Fulltext Preview (Small,** Large, Larger, Largest**)**

ELEMENTARY PARTICLES AND FIE
Theory

## Model for Describing the Production of Centauro in Heavy-Ion Collisions

S. A. Sadovsky, Yu. V. Kharlov, A. L. S. Angelis, V. L. Korotkikh, G. Mav romanolskii, and A.

Received September 18, [illegible]; in final form, March [illegible]

**Abstract** — A phenomenological model for describing the production of [illegible] in heavy-ion collisions is discussed. The model provides quantitative predict[ions] for the [illegible] number, and for the masses of a Centauro fireball and of [illegible] fireball decays predominantly into nucleons, strange hyperons, and possibl[y] in Pb + Pb collisions at the LHC energies simulated for the CASTOR d[etector,] events are discussed in detail. © 2004 MAIK "Nauka/Interperiodica"

### INTRODUCTION

In this study, we present a Monte Carlo model for describing the production of Centauro events [1, 2] in relativistic heavy-ion collisions. The model is based on the phenomenological model formulated previously [3–6]. At first, a Monte Carlo model was applied to simulating the production of Centauro events and to exploring the possibility of detecting them in collisions of lead nuclei at an energy of $\sqrt{s} = 5.5$ TeV per nucleon by using the CASTOR detector, which was developed for the ALICE experiment [7] at the Large Hadron Collider (LHC) at CERN. Later on, it became clear, however, that the infrastructure of the CMS experiment [8] is more appropriate for conducting investigations of this type, and it was decided to perform relevant experiments within CMS.

Originally, the model for describing Centauro events was based on experimental facts that were derived from an analysis of cosmic rays. Experimentally observed features — such as the multiplicities, transverse momenta, and energy spectra of secondaries, along with their pseudorapidity distributions — made it possible to determine the evolution of a Centauro fireball, and this was used as a basis for calculating

its thermodynamic [properties and the] extrapolation of this [model] ... to estimate [properties] at the LHC energ[ies] matrix [9].

W[ithin the] app[roach] attempt at mod[eling] Centauro events [as a] strong transitio[n] that [leads] to one of [the] respective event[s,] of the original p[arameters] description of these [events.] The model is ba[sed on] a number of a nucle[ar] dynamic paramet[ers such as] temperature[,] and the nucleus [...] about a subsequent evaporation of the [...] additional ones [...] developed within [...] CNGEN (CeNta[uro] [...] take the paramete[rs to] simulate the even[ts.] model reproduces events that were o[bserved.]

This article is [organized as follows:] we give a thorou[gh overview] tion of the basi[c] events at relativist[ic energies].

[The code of the [...] [illegible] [...] [illegible] genuine authors of]

[illegible]
[1] Institute for High Energy Physics, Protvino, Moscow oblast, 142284 Russia
[2] Nuclear and Particle Physics Division, Physics Department, University of Athens, GR-15771 Athens, Greece
[3] Laboratory of High Energy Physics, Institute of Nuclear Physics, ul. Radzikowskiego 152, PL-31-342 Kraków, Poland
[4] Institute of Nuclear Physics, Moscow State University, Leninskie gory, Moscow, 119992 Russia
e-mail: sadovsky@mx.ihep.su

1063-7788/04/[illegible]$26.00 © 2004 MAIK "Nauka/Interperiodica"

References secured to subscribers.

Frequently asked questions | General information on journals and books | Send us your feedback | Impressum | Contact
© Springer. Part of Springer Science+Business Media
Privacy, Disclaimer, Terms and Conditions, © Copyright Information
Remote Address: 24.25.241.157 • Server: mpweb20
HTTP User Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10_5_3; en-us) AppleWebKit/525.18 (KHTML, like Gecko) Version/3.1.1 Safari/525.20