EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii
DERRICK K. WATSON (Cal. Bar No. 154427)
Assistant United States Attorney
District of Hawaii

RONALD J. TENPAS
Environment and Natural Resources Division
ANDREW A. SMITH (NM Bar 8341)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607 Albuquerque, New Mexico 87103
E-mail: andrew.smith@usdoj.gov

Attorneys for Defendants U.S. DEPARTMENT OF ENERGY
and NATIONAL SCIENCE FOUNDATION

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LUIS SANCHO,<br>WALTER L. WAGNER,<br><br>      Plaintiffs,<br><br><br>      v.<br><br>UNITED STATES DEPARTMENT<br>OF ENERGY, *et al.*,<br><br>      Defendants. | Civil No. 08-00136-HG-KSC<br><br>**FEDERAL DEFENDANTS'<br>DECLARATION OF BRUCE P.<br>STRAUSS IN SUPPORT OF<br>SEPTEMBER 5, 2008 RESPONSE IN<br>OPPOSITION TO PLAINTIFF'S<br>AUGUST 5, 2008 MOTION FOR A<br>DEFAULT JUDGEMENT AND<br>PERMANENT INJUNCTION<br>AGAINST CERN [DKT. NO. 29]** |

1

I, Bruce P. Strauss, hereby declare as follows:

1.      I am a Program Manager in the Office of High Energy Physics, Office of

Science, U.S. Department of Energy ("DOE").  I have submitted two previous

declarations in this matter on  June 24, 2008, Dkt. No. 20, and on August 29, 2008,

Dkt. No. 66.  Those declarations provide my background, responsibilities,

education, publications, experience, and expertise (see June 24, 2008 Strauss Decl.,

Dkt. No. 20 ¶¶ 1-2 and attachments thereto, and August 29, 2008 Strauss Decl.,

Dkt. No. 66 ¶¶ 1-5).

2.      As stated in my August 29 declaration, the first two sentences of the LSAG

report state:

> "The safety of collisions at the Large Hadron Collider (LHC) was studied in
>
> 2003 by the LHC Safety Study Group, who concluded that they presented no
>
> danger.  Here we review their 2003 analysis in light of additional
>
> experimental results and theoretical understandings, which enable us to
>
> confirm, update and extend the conclusions of the LHC Safety Study Group."

My second declaration points out that the LSAG report extended and updated the

arguments in favor of LHC safety with "empirical evidence gleaned from

astronomical observations and additional detailed calculations" Id.  This additional

2

work was peer-reviewed and published in a scholarly physics journal. S. Giddings

et al. "Astrophysical implications of hypothetical stable TeV-scale black holes",

*Physical Review D* 78, 035009-1 (2008) (Attachment 9 to August 29 Strauss

Declaration).

On August 10, 2008, an article titled "On the potential catastrophic risk from

metastable quantum-black holes produced at particles colliders" was posted by R.

Plaga at http://arxiv.org/PS_cache/arxiv/pdf/0808/0808.1415v1.pdf (last visited

9/5/2008) (hereinafter "Plaga paper"). This article questions some of the

conclusions of GM.  However, a publication titled "Comments on claimed risk from

metastable black holes" http://arxiv.org/PS_cache/arxiv/pdf/0808/0808.4087v1.pdf

(last visited 9/5/2008) rebuts the recent arguments of R. Plaga.  In this rebuttal,

Giddings et al. point out that Plaga made an error by the "inconsistent application"

of a mathematical formula in Plaga's paper.  Giddings et al. also point out that

Plaga has "both misquoted our paper, and selectively quoted from the available

literature".  Giddings et al. closes by stating:

> "We conclude that the conclusions of [GM] on this subject, as stated
>
> there and as referred to in the LHC safety assessment report, remain
>
> robust."

I and other scientists within DOE's Office of High Energy Physics have reviewed the Plaga paper.  In analyzing the statements in that work, we have found that Plaga's conclusions are flawed as pointed out by Giddings <u>et al.</u>

3.     In my two previous declarations and in this declaration I have referred to the 2008 LSAG Report.   This report, which concludes:

"There is no basis for any concerns about the consequences of new particles or forms of matter that could possibly be produced at the LHC",

was published today September 5, 2008 in a peer-reviewed scholarly physics journal ("Review of the safety of LHC collisions", Journal of Physics G: Nuclear and Particle Physics **35** (2008) 1150004) .

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of September 2008.
Respectfully submitted,

Bruce P. Strauss

4