EDWARD H. KUBO, JR. (2499)
United States Attorney
DERRICK K. WATSON (Cal. Bar No. 154427)
Assistant United States Attorney
District of Hawaii

RONALD J. TENPAS
Assistant Attorney General
ANDREW A. SMITH (NM Bar #8341)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone: (505) 224-1468
Facsimile: (505) 346-7205
E-mail: andrew.smith@usdoj.gov

Attorneys for Defendants U.S. DEPARTMENT OF ENERGY
and NATIONAL SCIENCE FOUNDATION

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LUIS SANCHO, WALTER L. WAGNER, ) | Civil No. 08-00136-HG-KSC |
| ) | |
| Plaintiffs, ) | DECLARATION OF |
| ) | STANLEY F. MILLER |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| ENERGY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

I, Stanley F. Miller declare that:

1. I am competent to testify to the matters addressed in this declaration, including the documents attached herein to be translated from French (Switzerland) to English in <u>Sancho v. U.S. Department of Energy, et al.</u>, Civil No. 08-00136 HG KSC. I am a listed contract Federal interpreter (language-skilled) in French and am an accredited translator with the French Consulate General in San Francisco. I am also a registered interpreter (French) with the State of Hawaii Judiciary. My resume is attached as Exhibit G.

2. The U.S. Attorney's Office, District of Hawaii, has requested a verbatim translation from French into English of three one-page documents written in French, true and correct copies of which are attached as Exhibits A and C and E, respectively.

3. I have personally employed my language and translation skills and prepared a verbatim English translation of Exhibit A. This translation is attached to this Declaration as Exhibit B.

4. I have personally employed my language and translation skills and prepared a verbatim English translation of Exhibit C. This translation is attached to this Declaration as Exhibit D.

5.   I have personally employed my language and translation skills and prepared a verbatim English translation of Exhibit E. This translation is attached to this Declaration as Exhibit F.

6.   Switzerland has four official languages, including German and French. English is not one of the official languages of Switzerland..

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2008 at Honolulu, Hawaii.

*Stanley F. Miller*
Stanley F. Miller