<u>Translated from the French (Switzerland)</u> <u>(page one of one)</u>

## OFFICES OF BREITENMOSER
Process-server before the courts of Geneva

Marco BREITENMOSER
Law degree, political science degree, MBA
Process-server

Yvan CHRISTE
Clerk

Stéphane BARBEY
Law degree - licensed mediator GPM

                               Mr. Armin ALBARRACIN
                               12B, avenue Henri-Golay

                               1219 CHATELAINE

Geneva, June 4, 2008/MB/db

**Record of service of Wednesday May 28, 2008**

Dear Sir,

Please find enclosed herewith the original of the Record of Service that I remitted in hand to Mrs. Lucie BARBIN at the Legal Department of the CERN*, on Wednesday May 28, 2008.

In release, I am returning to you the original of the contract that you had given me.

Please also find enclosed herewith my invoice for costs and fees with a zero balance covered by the retainer of Swiss Francs-CHF500.00 that your remitted to me last May 20.

Thanking you for the trust you confided in me. Sincerely yours.

[Signature]
Marco BREITENMOSER

**Attachments.**

* <u>Tr. note:</u> The French acronym CERN is used in English for European Organization for Nuclear Research

Exhibit "B"