**E T U D E   B R E I T E N M O S E R**
Huissier judiciaire près les tribunaux de Genève

Marco BREITENMOSER
Lic. en droit, Lic. en sc. pol., MBA
Huissier judiciaire

Yvan CHRISTE
Clerc

Stéphane BARBEY
Lic. en droit - Médiateur diplômé GPM

2 8 JUIL. 2008

COPIE

Monsieur Armin ALBARRACIN
12B, avenue Henri-Golay

1219 Châtelaine

Genève, le 25 juillet 2008/MB/go

**Acte de signification du mercredi 28 mai 2008**

Monsieur,

Je reviens sur mon acte de signification établi le 28 mai 2008 à la requête de Messieurs Luis SANCHO et Walter L. WAGNER et vous informe de ce qui suit :

Le CERN n'a pas accepté cette signification en raison de l'Accord de siège conclu avec le Conseil Fédéral Suisse en date du 11 juin 1955 qui stipule que le CERN jouit des immunités et privilèges habituellement reconnus aux organisations internationales dans la mesure nécessaire à l'accomplissement de leurs fonctions.

S'agissant des organisations internationales, tous les actes judiciaires doivent être notifiés par la Mission Suisse, laquelle est le canal diplomatique et donc la voie appropriée pour notifier des actes judiciaires.

Restant à votre disposition, je vous prie de croire, Monsieur, à l'assurance de mes sentiments distingués.

Marco BREITENMOSER

Copie à Madame Danielle WERTHMULLER, Mission Suisse

EXHIBIT "C"

Rue de la Fontaine 2 - case postale 3131 - 1211 Genève 3 - T +41 22 311 33 11 - F +41 22 311 33.15
E-mail : breitenmoser@suisselegal.ch