<u>Translated from the French (Switzerland)</u> *(page one of one)*

## OFFICES OF BREITENMOSER
Process-server before the courts of Geneva

| to | | | | | | a/a |
|---|---|---|---|---|---|---|
| date | | | | | | |
| USA | | | | | | |
| | JULY 28, 2008 | | | | | |
| **COPY** | *102.41-CERN* | | | | | |

Marco BREITENMOSER
Law degree, political science degree, MBA
Process-server

Yvan CHRISTE
Clerk

Stéphane BARBEY
Law degree - licensed mediator GPM

                        Mr. Armin ALBARRACIN
                        12B, avenue Henri-Golay

                        **1219 Châtelaine**

Geneva, July 25, 2008/MB/go

**Record of Service of Wednesday May 28, 2008**

---

Sir,

I am again referring to my Record of Service drafted on May 28, 2008 at the request of Messrs. Luis SANCHO and Walter L. WAGNER and inform you of the following:

The CERN has not accepted said Service because of the Headquarters Agreement signed with the Swiss Federal Council dated June 11, 1955 that stipulates that the CERN shall enjoy the immunities and privileges usually granted to international organizations to the extent required for the fulfillment of their tasks.

With respect to International Organizations, all judicial documents must be notified through the Swiss Mission, which is the diplomatic channel and therefore the adequate channel by which to notify judicial documents.

Remaining at you disposal. Sincerely yours.

[Signature]
Marco BREITENMOSER

Copy to Mrs. Danielle WERTHMULLER, Swiss Mission

Exhibit "D"