**Etude de Maître Marco BREITENMOSER**
Huissier judiciaire près les tribunaux de Genève
2, rue de la Fontaine - 1204 Genève

---

## ACTE DE SIGNIFICATION

L'AN DEUX MILLE HUIT ET LE MERCREDI VINGT-HUIT MAI.

A la requête de

**Mr Luis SANCHO et Mr Walter L. WAGNER**
Représentés par Mr Armin ALBARRACIN
Domicilié 12b, avenue Henri-Golay
1219 CHATELAINE

Je soussigné, **Marco BREITENMOSER**, huissier judiciaire près les Tribunaux de la République et Canton de Genève, certifie avoir remis ce jour à

**EUROPEAN ORGANIZATION FOR NUCLEAR RESEARCH**
**C E R N**
Service Juridique
Route de Meyrin
1217 MEYRIN

Une copie conforme de l'acte suivant :

- UNITED STATES DISTRICT COURT, District of HAWAII, the matter between : **Mr Luis SANCHO and Mr Walter L. WAGNER**, Plaintiffs and **US DEPARTMENT OF ENERGY, FERMILAB, CENTER FOR NUCLEAR ENERGY RESEARCH (CERN) NATIONAL SCIENCE FOUNDATION, DOE ENTITIES 1-100**, Défendants, en date du 31 mars 2008,

Afin que la citée ne l'ignore, je lui ai remis copie du présent acte, ainsi que la copie du document mentionné ci-dessus, y parlant à :

- **Madame Lucie BARBIN, Service Juridique.**



EXHIBIT "E"

