Translated from the French (Switzerland)
[Page 2 of 14 of original, translation on one page]

## Offices of Marco BREITENMOSER Esq.
Process-server before the courts of Geneva
2, rue de la Fontaine - 1204 Geneva

---

## RECORD OF SERVICE

**IN THE YEAR TWO THOUSAND EIGHT AND WEDNESDAY MAY TWENTY-EIGHT**

At the request of

**Mr. Luis SANCHO and Mr. Walter L. WAGNER**
Represented by Mr. Armin ALBARRACIN
Domiciled 12b, avenue Henri-Golay
1219 CHATELAINE

I, the undersigned, **Marco BREITENMOSER**, process-server before the Courts of the Republic and Canton of Geneva, hereby certify that on this day I remitted to

[The] **EUROPEAN ORGANIZATION FOR NUCLEAR RESEARCH**
**C E R N**
Legal Department
Route de Meyrin
1217 MEYRIN

- UNITED STATES DISTRICT COURT, District of HAWAII, the matter between: **Mr. Luis SANCHO** and **Mr. Walter L. WAGNER**, Plaintiffs and **US DEPARTMEENT OF ENERGY, FERMILAB, CENTER FOR NUCLEAR ENERGY RESEARCH (CERN), NATIONAL SCIENCE FOUNDATION, DOE ENTITIES 1-100,** Defendants, dated March 31, 2008,

So as to inform the Defendant, I remitted a copy of this document, as well as a copy of the document mentioned herein above, speaking with:

- **Mrs. Lucie BARBIN, Legal Department.**

[Signature]
[Stamped: MARCO BREITENMOSER ESQ.
"POST • TENEBRAS • LUX"
GENEVA
PROCESS-SERVER

Exhibit "F"