# Résumé

interpreter — translator

NAME Stanley François **Miller**

October 4, 1952, Saint-Malo (France)

CITIZENSHIP U. S. & French. Residing in Honolulu, Hawai'i

ADDRESS 2940 Hibiscus Place Honolulu, Hawai'i 96815

LANGUAGES **French <—> English** (Bilingual A - A')

WORKING EXPERIENCE

*Translation experience:* On a variety of subjects (legal, business, international law and social sciences) since 1980 in Honolulu, Hawai'i and in Paris, France. Current clients include international law firms in Paris (France), French government agencies, corporations, law firms in Paris and Honolulu, the East-West Center, Honolulu.

*Conference translator:*

• Seminar on Victim's Access to the International Criminal Court, held in Paris on April 26 - 28, 1999

*Simultaneous interpretation experience:*

• Pacific Parliamentary Caucus, Kona, 01/7-8/1989 [Pacific Forum]
• Symposium on Relations between French Polynesia and Hawai'i, 01/26-27/1990, Bishop Museum, Honolulu
• Depositions & court trial (divorce) in Honolulu, Hawai'i (09/1991) and various interpretation cases in District Court, 1995-96-97 & 2005-06-07.
• 7th International Cross-Cultural Black Women's Studies Summer Institute, 07/17-27/1995, Focus on Women: Culture, Identity & Self-Determination
• Monsanto Master Sales Program, Ritz-Carlton Mauna Lani, Kohala, Hawai'i, 02/23/1996
• Monsanto Master Sales Program, Kea Lani, Wailea, Maui, 03/01-04/1999
• Culligan Water Dealer Convention, Grand Wailea Resort, Maui, 06/22-24/2000
• Consecutive interpretation of depositions in a guardianship case, Law Offices of Phillips Giraud Naud & Swartz and Office of H. Gondre Esq., court-appointed guardian, 03/18, 20, 21/2001, Paris, France
• Clarica / Sun Life, President's Conference, Mauna Lani Bay Hotel, Kona, Hawai'i, 3/27-30/2003
• Monsanto Master Sales Program, Ihilani, Ko Olina, O'ahu, 11/25-26/2004
• Monsanto Master Sales Program, Kea Lani, Wailea, Maui, 10/17/2006

PROFESSIONAL ORGANIZATIONS

Associate Member ATA (American Translator's Association), Member ATA French Division Member HITA (Hawai'i Interpreters & Translators Association), HITA Referral Service, and HIAN (Hawai'i Interpreters Action Network). Member of SFT (Société française des traducteurs)

PROFESSIONAL STATUS

Self-employed translator (Hawai'i G.E.T. use ID no. 10068501)

FORMAL EDUCATION

• DEA droits anglais et nord-américain (Master's Degree in Anglo-American Comparative Law [MA]), University of Paris I (1981-1982)
• Unclassified Graduate Student at the University of Hawai'i at Manoa – courses in language and literature, 1972; 1980-81
• 4 years of legal studies (licence, maîtrise en droit = B.A.) Université de Paris I (1971-1976)
• DUEL d'anglais (A.A. in English) Université de Paris III (1971-1974)
• Baccalauréat, Paris, 1971
• Secondary schooling mostly in France
• Elementary & 1st Grade in Hawai'i and France

REFERENCES Upon request

FEES Going rates

E-mail: francois@lava.net
Phone: (808) 923 9079 Fax: (808) 922 8309

*Registered Interpreter with the State of Hawai'i Judiciary*
*Listed contract listed contract Federal Court interpreter (language-skilled) in Honolulu*
*Accredited with the French Consulate General in San Francisco*

Exhibit G