EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawaii
DERRICK K. WATSON (Cal. Bar No. 154427)
Assistant United States Attorney
District of Hawaii

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
ANDREW A. SMITH (NM Bar #8341)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone:  (505) 224-1468
Facsimile:  (505) 346-7205
E-mail:  andrew.smith@usdoj.gov

Attorneys for Federal Defendants
U.S. DEPARTMENT OF ENERGY
and NATIONAL SCIENCE FOUNDATION

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LUIS SANCHO and WALTER L. WAGNER,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, *et al.*,<br><br>          Defendants. | Civil No. 08-00136-HG-KSC<br><br>**ERRATA TO FEDERAL DEFENDANTS' SEPTEMBER 5, 2008 "RESPONSE IN OPPOSITION TO PLAINTIFFS' AUGUST 5, 2008 MOTION FOR A DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST CERN [DKT. NO. 29],"  DKT. NO. 73**<br>DATE:  September 25, 2008<br>TIME:  9:30 a.m.<br>The Honorable Kevin S.C. Chang |

Federal Defendants United States Department of Energy ("DOE") and the National Science Foundation ("NSF") hereby file the following errata for Federal Defendants' September 5, 2008 "Response In Opposition To Plaintiffs' August 5, 2008 Motion For A Default Judgment And Permanent Injunction Against CERN [Dkt. No. 29]," Dkt. No. 73:

Federal Defendants' September 5, 2008 Response brief inadvertently refers to the Large Hadron Collider ("LHC") project at issue in this litigation as the "$500-billion LHC" on page 4, the "$500-billion dollar project" and "$500-billion LHC" on page 25, and the "$500-billion project" on page 26.  The amount in these references actually should be $5 billion, as correctly stated elsewhere in the Response brief on page 6, footnote 2 ("the total cost of constructing the LHC, excluding labor costs, is roughly $5.84 billion") and on page 36 ("more than $5-billion to construct").  The United States' share of this $5-billion construction cost was in excess of $500 million, as reflected in the Response brief.  See, e.g., Resp. at 36 ("the United States' $531-million investment in the project").

Dated this 8th day of September 2008.

                                              Respectfully submitted,

                                              EDWARD H. KUBO, JR. (2499)
                                              United States Attorney

        District of Hawaii
        DERRICK K. WATSON
        (Cal. Bar #154427)
        Assistant United States Attorney
        District of Hawaii

        RONALD J. TENPAS
        Assistant Attorney General
        Env't & Natural Resources Div.

          /s/ Andrew A. Smith
        ANDREW A. SMITH (N.M. Bar #8341)
        Trial Attorney
        Natural Resources Section
        Env't & Natural Resources Div.
        United States Department of Justice

*Of Counsel*:

CAROLINE M. BLANCO
Assistant General Counsel
Office of the General Counsel
National Science Foundation
Arlington, VA

STEVE DOVE
Attorney
Office of the General Counsel
U.S. Department of Energy
Washington, D.C.

        Attorneys for Federal Defendants
        U.S. Department of Energy and
        National Science Foundation

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on September 8, 2008, true and correct copies of the foregoing were served on the following individuals by United States mail, first class postage prepaid:

     LUIS SANCHO
     P.O. Box 411
     Honomu, Hawaii 96728

     WALTER L. WAGNER
     P.O. Box 881
     Pepeekeo, Hawaii 96783

     /s/ Andrew A. Smith
     ANDREW A. SMITH
     United States Department of Justice