UNITED STATES DISTRICT COURT

———————— DISTRICT OF HAWAII ————————

| | |
|---|---|
| LUIS SANCHO, WALTER L. WAGNER, | JUDGMENT IN A CIVIL CASE |
| | Case: 1:08-CV-00136-HG-KSC |
| Plaintiff(s), | |
| V. | |
| U.S. DEPARTMENT OF ENERGY, FERMILAB, CENTER FOR NUCLEAR ENERGY RESEARCH (CERN), NATIONAL SCIENCE FOUNDATION, | |
| Defendant(s). | |

[✓]   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED pursuant to the " Order Granting Federal Defendants' Motion to Dismiss" issued by Chief Judge Helen Gillmor on September 26, 2008.

| | |
|---|---|
| September 26, 2008 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by GB |
| | (By) Deputy Clerk |