**FILED**

UNITED STATES COURT OF APPEALS

MAY 12 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUIS SANCHO; et al.,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>US DEPARTMENT OF ENERGY; et al.,<br><br>      Defendants - Appellees. | No. 08-17389<br><br>D.C. No. 1:08-cv-00136-HG-KSC<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

Appellees' motion to strike appellants' reply brief and any related filings shall be referred to the merits panel for resolution.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
>
> Alihandra M. Totor
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
>    and Ninth Circuit Rule 27-10

amt/Pro Mo 11May 2009